**UNITED STATES BANKRUPTCY COURT**

**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| SIZMEK INC., *et al.*,[1] | ) Case No. 19-10971 (SMB) |
| | ) |
| Debtors. | ) (Joint Administration Requested) |
| | ) |

### MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, David A. Fidler, Esq., request admission, *pro hac vice*, before the Honorable Stuart M.

Bernstein, to represent Cerberus Business Finance, LLC in the above-referenced cases.

***I certify that I am a member in good standing*** of the bar in the State of California.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated:  April 1, 2019
        Los Angeles, California

*/s/ David A. Fidler*

David A. Fidler (CA Bar No. 195648)
KLEE, TUCHIN, BOGDANOFF & STERN LLP
1999 Avenue of the Stars, 39th Floor
Los Angeles, CA 90067
Telephone:    (310) 407-4000
Facsimile:    (310) 407-9090
Email:    dfidler@ktbslaw.com

*Counsel to Cerberus Business Finance, LLC*

---

[1]     The Debtors, as herein after defined in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Sizmek Inc. (4624); Point Roll, Inc. (3173); Sizmek DSP, Inc. (2319); Sizmek Technologies, Inc. (6402); Wireless Artist LLC (0302); Wireless Developer, Inc. (9686); X Plus One Solutions, Inc. (8106); and X Plus Two Solutions, LLC (4914). The location of the Debtors' service address for purposes of these chapter 11 cases is: 401 Park Avenue South, Fifth Floor, New York, NY 10016.