**Hearing Date: April 3, 2019 at 2:00 p.m. (ET)**

Steven J. Reisman, Esq.                          Peter A. Siddiqui, Esq. (*pro hac vice* forthcoming)
Jerry L. Hall, Esq. (*pro hac vice* forthcoming)
Cindi M. Giglio, Esq.
**KATTEN MUCHIN ROSENMAN LLP**          **KATTEN MUCHIN ROSENMAN LLP**
575 Madison Avenue                               525 W. Monroe Street
New York, NY 10022                               Chicago, IL 60661
Telephone:    (212) 940-8800                      Telephone:    (312) 902-5455
Facsimile:     (212) 940-8876                      Facsimile:     (312) 902-1061
sreisman@kattenlaw.com                           peter.siddiqui@kattenlaw.com
jerry.hall@kattenlaw.com
cindi.giglio@kattenlaw.com

*Proposed Counsel to the Debtors and Debtors-in-Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| SIZMEK INC., *et al.*,[1] | ) | Case No. 19-10971 (SMB) |
|  | ) |  |
| Debtors. | ) | (Joint Administration Requested) |
|  | ) |  |

**AGENDA FOR HEARING ON FIRST DAY MOTIONS AND APPLICATIONS**

Time and Date of Hearing:          April 3, 2019 at 2:00 p.m. (ET)

Location of Hearing:               U.S. Bankruptcy Court
                                   Courtroom 701
                                   One Bowling Green
                                   New York, NY 10004

Copies of Motions and Applications     Copies of each pleading identified below can be
                                       viewed and/or obtained (i) from the Debtors'
                                       proposed claims and noticing agent, Stretto, at
                                       https://cases.stretto.com/sizmek or (ii) by accessing
                                       the Court's website at www.nysb.uscourts.gov.

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification
       number, include:  Sizmek Inc. (4624); Point Roll, Inc. (3173); Sizmek DSP, Inc. (2319); Sizmek Technologies,
       Inc. (6402); Wireless Artist LLC (0302); Wireless Developer, Inc. (9686); X Plus One Solutions, Inc. and (8106);
       X Plus Two Solutions, LLC (4914).  The location of the Debtors' service address for purposes of these chapter
       11 cases is:  401 Park Avenue South, 5th Floor, New York, NY 10016.

## I.    INTRODUCTION

1.  Application for *Pro Hac Vice* Admission of Jerry L. Hall [Docket No. 19]

2.  Application for *Pro Hac Vice* Admission of Peter A. Siddiqui [Docket No. 20]

3.  Declaration of Sascha Wittler, Chief Financial Officer of Sizmek Inc., (I) in Support of Chapter 11 Petitions and (II) Pursuant to Local Rule 1007-2 [Docket No. 13]

## II.    FIRST DAY MOTIONS AND APPLICATIONS

1.  Debtors' Motion for Entry of an Order Directing Joint Administration of Chapter 11 Cases [Docket No. 2]

2.  Debtors' Application for Retention and Appointment of Stretto as Claims and Noticing Agent [Docket No. 4]

3.  Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors (A) to Pay Prepetition Employee Wages, Salaries, Other Compensation, and Reimbursable Employee Expenses and (B) Continue Employee Benefits Programs, and (II) Granting Related Relief [Docket No. 15]

4.  Debtors' Motion for the Entry of Interim and Final Orders (I) Authorizing the Debtors to Use Cash Collateral Pursuant to 11 U.S.C. § 363; and (II) Granting Adequate Protection Pursuant to 11 U.S.C. §§ 361, 362, 363, and 507, and Scheduling a Final Hearing Pursuant to Bankruptcy Rule 4001(b) [Docket No. 14]

5.  Debtors' Motion Seeking Entry of an Order (I) Authorizing the Debtors to (A) Continue to Operate Their Cash Management System, (B) Honor Certain Prepetition Obligations Related Thereto, (C) Maintain Existing Business Forms, and (D) Continue to Perform Intercompany Transactions, (II) Granting Administrative Expense Status to Postpetition Intercompany Balances, and (III) Granting Related Relief [Docket No. 16]

*[Remainder of page intentionally left blank.]*

Dated:  April 2, 2019          */s/ Steven J. Reisman*
New York, New York       **KATTEN MUCHIN ROSENMAN LLP**
                         Steven J. Reisman, Esq.
                         Cindi M. Giglio, Esq.
                         Jerry L. Hall, Esq. (*pro hac vice* forthcoming)
                         575 Madison Avenue
                         New York, NY 10022
                         Telephone: (212) 940-8800
                         Facsimile:  (212) 940-8876
                         Email:     sreisman@kattenlaw.com
                                    jerry.hall@kattenlaw.com

                         -and-

                         Peter A. Siddiqui, Esq. (*pro hac vice* forthcoming)
                         Katten Muchin Rosenman LLP
                         525 W. Monroe Street
                         Chicago, IL 60661
                         Telephone: (312) 902-5455
                         Email:     peter.siddiqui@kattenlaw.com

                         *Proposed Counsel to the Debtors and Debtors-in-Possession*