UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

In re

**SIZMEK INC.,** *et al.***,**

Debtors.

Chapter 11

Case No. 19-10971 (SMB)

-----------------------------------------------------------x

# APPOINTMENT OF
# OFFICIAL COMMITTEE OF UNSECURED CREDITORS

    William K. Harrington, the United States Trustee for Region 2, under 11 U.S.C. §§ 1102(a) and (b), hereby appoints the following unsecured creditors who are willing to serve on the Official Committee of Unsecured Creditors of Sizmek Inc., *et al*., debtors-in-possession:

1. Index Exchange Inc.
   74 Wingold Avenue
   Toronto, ON M6B 1P5
   Attn:   Jason Licchetti, General Counsel
   ix.legal@index exchange.com

2. Telaria, Inc.
   222 Broadway, Fl 16
   New York, NY 10038
   Attn:   Aaron Saltz, General Counsel
   Tel.: (646) 723-5300
   asaltz@telaria.com

3. Beachfront Media, LLC
   400 S. Atlantic Ave., Ste. 101
   Ormond Beach, FL 32176
   Attn:  Richard J. O'Connor, CFO
   Tel.: (201) 446-6076
   rich@beachfront.com

4. Citibank, NA
   388 Greenwich Street, 17th Floor
   New York, NY
   Attn: James Goddard, Director/Assoc. Gen'l Counsel
   Tel.: (212) 816-0062 ext. 4214
   james.goddard@citi.com

5. PubMatic, Inc.
   305 Main Street, First Floor
   Redwood, CA 94063
   Attn:  Thomas Chow
   Tel:  (650) 331-3485
   Fax: (650) 542-0072
   thomas.chow@pubmatic.com

6. Open X Technologies, Inc.
   888 E. Walnut Street
   Pasadena, CA 91101
   Attn: Josh Metzger
          General Counsel
   Tel.: (626) 466-1141
   josh.metzger@openx.com

7. Equinix, Inc.
   1133 Avenue of the Americas, 16th Floor
   New York, NY 10036
   Attn: Liz Vazquez, Esq.
   Tel.: (646) 430-6847
   lvazquez@equinix.com

Dated: New York, New York
       April 17, 2019

        WILLIAM R. HARRINGTON
        UNITED STATES TRUSTEE
        Region 2

By:   /s/ Richard C. Morrissey
      Richard C. Morrissey
      Trial Attorney
      U.S. Federal Office Building
      201 Varick Street, Room 1006
      New York, New York 10014
      Telephone: (212) 510-0500