Seth Van Aalten
Michael Klein
Robert Winning
Lauren Reichardt
**COOLEY LLP**
55 Hudson Yards
New York, NY 10001
Telephone: (212) 479-6000

*Proposed Counsel for the Official Committee
of Unsecured Creditors*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| SIZMEK, INC., *et al.*,[1] | Case No. 19-10971 (SMB) |
| Debtors. | (Jointly Administered) |

**NOTICE OF APPEARANCE AND REQUEST FOR
SERVICE OF ALL NOTICES AND PLEADINGS**

**PLEASE TAKE NOTICE** that the Official Committee of Unsecured Creditors (the "Committee"), by and through its proposed counsel, Cooley LLP, hereby appears in the above-captioned cases pursuant to 11 U.S.C. §§ 342(a) and 1109(b) (the "Bankruptcy Code") and Rules 2002, 3017, 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Sizmek Inc. (4624); Point Roll, Inc. (3173); Sizmek DSP, Inc. (2319); Sizmek Technologies, Inc. (6402); Wireless Artist LLC (0302); WirelessDeveloper, Inc. (9686); X Plus One Solutions, Inc. (8106); and X Plus Two Solutions, LLC (4914). The location of the Debtors' service address for purposes of these chapter 11 cases is: 401 Park Avenue South, 5th Floor, New York, NY 10016.

Rules") and hereby requests that copies of all notices and pleadings given, required to be given or filed in the above-captioned cases be given and served upon:

> Seth Van Aalten
> Michael Klein
> Robert Winning
> Lauren Reichardt
> **COOLEY LLP**
> 55 Hudson Yards
> New York, NY 10001
> Telephone: (212) 479-6000
> Facsimile: (212) 479-6275
> Email: svanaalten@cooley.com
> mklein@cooley.com
> rwinning@cooley.com
> lreichardt@cooley.com

**PLEASE TAKE FURTHER NOTICE** that pursuant to 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, any order and notice of any application, motion, petition, pleading, request, complaint or demand, whether former or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, overnight carrier, facsimile transmission, email or otherwise filed or made with regard to the above-captioned cases and proceedings therein.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance nor any later appearance, pleadings, claim or suit shall be deemed or construed to be a waiver of the rights of the Committee: (1) to have final orders in noncore matters entered only after *de novo* review by a District Judge; (2) to trial by jury in any proceeding so triable in these cases or any case, controversy, or proceeding related to these cases; (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (4) of any other rights, claims, actions, defenses, setoffs, or recoupments to which the Committee is or may be entitled

2

under agreements, in law, in equity, or otherwise, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: New York, NY
      April 18, 2019

**COOLEY LLP**

By: */s/ Seth Van Aalten*
    Seth Van Aalten
    Michael Klein
    Robert Winning
    Lauren Reichardt
    55 Hudson Yards
    New York, NY 10001
    Telephone: (212) 479-6000

*Proposed Counsel for the Official Committee of Unsecured Creditors*

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing Notice of Appearance was served by CM/ECF and/or mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

*/s/ Seth Van Aalten*
Seth Van Aalten