Steven J. Reisman, Esq.  
Jerry L. Hall, Esq. (admitted *pro hac vice*)  
Cindi M. Giglio, Esq.  
**KATTEN MUCHIN ROSENMAN LLP**  
575 Madison Avenue  
New York, NY 10022  
Telephone:    (212) 940-8800  
Facsimile:     (212) 940-8876  
sreisman@kattenlaw.com  
jerry.hall@kattenlaw.com  
cindi.giglio@kattenlaw.com  

Peter A. Siddiqui, Esq. (admitted *pro hac vice*)  

**KATTEN MUCHIN ROSENMAN LLP**  
525 W. Monroe Street  
Chicago, IL 60661  
Telephone:    (312) 902-5455  
Facsimile:     (312) 902-1061  
peter.siddiqui@kattenlaw.com  

*Counsel to the Debtors and Debtors-in-Possession*

**UNITED STATES BANKRUPTCY COURT**  
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| SIZMEK INC., *et al.*,[1] | Case No. 19-10971 (SMB) |
| Debtors. | (Jointly Administered) |

**AGENDA FOR HEARING TO BE HELD**  
**MAY 16, 2019 AT 10:00 A.M. (PREVAILING EASTERN TIME)**

| | |
|---|---|
| Time and Date of Hearing: | May 16, 2019 at 10:00 a.m. (ET) |
| Location of Hearing: | U.S. Bankruptcy Court<br>Courtroom 723<br>One Bowling Green<br>New York, NY 10004 |
| Copies of Motions and Applications | Copies of each pleading identified below can be viewed and/or obtained (i) from the Debtors' proposed claims and noticing agent, Stretto, at https://cases.stretto.com/sizmek or (ii) by accessing the Court's website at www.nysb.uscourts.gov. |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Sizmek Inc. (4624); Point Roll, Inc. (3173); Sizmek DSP, Inc. (2319); Sizmek Technologies, Inc. (6402); Wireless Artist LLC (0302); Wireless Developer, Inc. (9686); X Plus One Solutions, Inc. and (8106); X Plus Two Solutions, LLC (4914). The location of the Debtors' service address for purposes of these chapter 11 cases is: 401 Park Avenue South, 5th Floor, New York, NY 10016.

A. **Uncontested Matters**

1. **Cash Collateral Motion**. Debtors' Motion for the Entry of Interim and Final Orders (I) Authorizing the Debtors to Use Cash Collateral Pursuant to 11 U.S.C. § 363; and (II) Granting Adequate Protection Pursuant to 11 U.S.C. §§ 361, 362, 363, and 507, and Scheduling a Final Hearing Pursuant to Bankruptcy Rule 4001(b) [Docket No. 14].

    Objection Deadline: May 9, 2019 at 4:00 p.m. (ET) (which deadline was extended to May 14, 2019 at 12:00 p.m. (ET) for the Official Committee of Unsecured Creditors by agreement with Debtors).

    Responses Received: None.

    Related Documents:

    a. Declaration of Sascha Wittler, Chief Financial Officer of Sizmek Inc., (I) in Support of Chapter 11 Petitions and (II) Pursuant to Local Rule 1007-2 [Docket No. 13].

    b. Supplemental Declaration of Sascha Wittler, Chief Financial Officer of Sizmek Inc., (I) in Support of Chapter 11 Petitions and (II) Pursuant to Local Rule 1007-2 [Docket No. 54].

    c. Interim Order (I) Authorizing the Debtors to Use Cash Collateral Pursuant to 11 U.S.C. § 363, and (II) Granting Adequate Protection Pursuant to 11 U.S.C. §§ 361, 362, 363, and 507, and Scheduling a Final Hearing Pursuant to Bankruptcy Rule 4001 [Docket No. 37].

    d. Second Interim Order (I) Authorizing the Debtors to Use Cash Collateral Pursuant to 11 U.S.C. § 363, (II) Granting Adequate Protection Pursuant to 11 U.S.C. §§ 361, 362, 363, and 507, and (III) Scheduling a Final Hearing Pursuant to Bankruptcy Rule 4001(b) [Docket No. 104].

    e. Notice of Hearing [Docket No. 107].

    f. Memorandum Endorsed Order Signed 5/9/2019, Re: Granting Extension Request [Docket No. 164].

    g. Certificate of No Objection Regarding Debtors' Motion for the Entry of Interim and Final Orders (I) Authorizing the Debtors to Use Cash Collateral Pursuant to 11 U.S.C. § 363; and (II) Granting Adequate Protection Pursuant to 11 U.S.C. §§ 361, 362, 363, and 507, and Scheduling a Final Hearing Pursuant to Bankruptcy Rule 4001(b) [Docket No. 167].

    Status: The Debtors filed a Certificate of No Objection [Docket No. 167] and respectfully request that the Court enter the proposed order attached thereto. No hearing is required unless the Court has questions or concerns.

2. **Cooley Committee Retention Application**.  Application of the Official Committee of Unsecured Creditors for Entry of an Order Authorizing the Employment and Retention of Cooley LLP as Counsel *Nunc Pro Tunc* to April 17, 2019 [Docket No. 149].

   Objection Deadline: May 9, 2019 at 4:00 p.m. (ET).

   Responses Received:  None.

   Related Documents: None.

   Status: This matter is going forward.

3. **Province Committee Retention Motion**.  Application of the Official Committeee of Unsecured Creditors for Entry of an Order Authorizing the Employment and Retention of Province, Inc. as Financial Advisor *Nunc Pro Tunc* to April 17, 2019 [Docket No. 150].

   Objection Deadline: May 9, 2019 at 4:00 p.m. (ET).

   Responses Received: The Committee received informal comments from the Office of the United States Trustee, which have been addressed by modifications to the proposed form of order that will be presented to the Court at or prior to the hearing on the motion.

   Related Documents:

   > a. Supplemental Declaration of Carol Cabello of Province, Inc. in Support of Application to Employ and Reteain Province, Inc. as Financial Advisor to the Official Committee of Unsecured Creditors of Sizmek Inc., *et al.*, *Nunc Pro Tunc* to April 17, 2019 [Docket No. 156].

   Status: This matter is going forward.

4. **Ordinary Course Professionals Motion**.  Debtors' Motion for Entry of an Order Authorizing the Retention and Compensation of Professionals Utilized in the Ordinary Course of Business [Docket No. 151].

   Objection Deadline: May 9, 2019 at 4:00 p.m. (ET).

   Responses Received:  Debtors have received informal responses from certain parties in interest, which responses have been addressed by modifications to the proposed form of order that will be presented to the Court at or prior to the hearing on the motion.

   Related Documents:

   > a. Certificate of No Objection Regarding Debtors' Motion for Entry of an Order Authorizing the Retention and Compensation of Professionals Utilized in the Ordinary Course of Business [Docket No. 166].

   Status:  The Debtors filed a Certificate of No Objection [Docket No. 166] and respectfully request that the Court enter the proposed order attached thereto.  No hearing

is required unless the Court has questions or concerns.

5. **Assumption and Rejection Procedures Motion**. Debtors' Motion for Order Pursuant to Bankruptcy Code Sections 105, 365, and 554, Bankruptcy Rules 6006 and 9014, and Local Bankruptcy Rule 6006-1 Authorizing and Approving Expedited Procedures for Rejection and Assumption of Executory Contracts and Unexpired Leases and Granting Related Relief [Docket No. 152].

   Objection Deadline: May 9, 2019 at 4:00 p.m. (ET).

   Responses Received: None.

   Related Documents:

   a. Certificate of No Objection Regarding Debtors' Motion for Order Pursuant to Bankruptcy Code Sections 105, 365, and 554, Bankruptcy Rules 6006 and 9014, and Local Bankruptcy Rule 6006-1 Authorizing and Approving Expedited Procedures for Rejection and Assumption of Executory Contracts and Unexpired Leases and Granting Related Relief [Docket No. 168]

   Status: The Debtors filed a Certificate of No Objection [Docket No. 168] and respectfully request that the Court enter the proposed order attached thereto. No hearing is required unless the Court has questions or concerns.

6. **Stay Relief Motion**. Debtors' Motion for Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to Resolve State Court Litigation and Make Settlement Payment Solely from Insurance Proceeds [Docket No. 153].

   Objection Deadline: May 9, 2019 at 4:00 p.m. (ET).

   Responses Received: None.

   Related Documents:

   a. Certificate of No Objection Regarding Debtors' Motion for Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to Resolve State Court Litigation and Make Settlement Payment Solely from Insurance Proceeds [Docket No. 169].

   Status: The Debtors filed a Certificate of No Objection [Docket No. 169] and respectfully request that the Court enter the proposed order attached thereto. No hearing is required unless the Court has questions or concerns.

139372019_392525-00001

| | |
|---|---|
| Dated: May 14, 2019<br>New York, New York | */s/ Steven J. Reisman*<br>**KATTEN MUCHIN ROSENMAN LLP**<br>Steven J. Reisman, Esq.<br>Cindi M. Giglio, Esq.<br>Jerry L. Hall, Esq. (admitted *pro hac vice*)<br>575 Madison Avenue<br>New York, NY 10022<br>Telephone: (212) 940-8800<br>Facsimile: (212) 940-8876<br>Email:   sreisman@kattenlaw.com<br>            cindi.giglio@kattenlaw.com<br>            jerry.hall@kattenlaw.com<br><br>-and-<br><br>Peter A. Siddiqui, Esq. (admitted *pro hac vice*)<br>**KATTEN MUCHIN ROSENMAN LLP**<br>525 W. Monroe Street<br>Chicago, IL 60661<br>Telephone: (312) 902-5455<br>Email:   peter.siddiqui@kattenlaw.com<br><br>*Counsel to the Debtors and Debtors-in-Possession* |

139372019_392525-00001