Steven J. Reisman, Esq.
Jerry L. Hall, Esq. (admitted *pro hac vice*)
Cindi M. Giglio, Esq.
**KATTEN MUCHIN ROSENMAN LLP**
575 Madison Avenue
New York, NY 10022
Telephone:    (212) 940-8800
Facsimile:    (212) 940-8876
sreisman@kattenlaw.com
jerry.hall@kattenlaw.com
cindi.giglio@kattenlaw.com

Peter A. Siddiqui, Esq. (admitted *pro hac vice*)

**KATTEN MUCHIN ROSENMAN LLP**
525 W. Monroe Street
Chicago, IL 60661
Telephone:    (312) 902-5455
Facsimile:    (312) 902-1061
peter.siddiqui@kattenlaw.com

*Counsel to the Debtors and Debtors-in-Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| SIZMEK INC., *et al.*,[1] | Case No. 19-10971 (SMB) |
| Debtors. | (Jointly Administered) |

**AGENDA FOR HEARING TO BE HELD**
**MAY 30, 2019 AT 10:00 A.M. (PREVAILING EASTERN TIME)**

| | |
|---|---|
| Time and Date of Hearing: | May 30, 2019 at 10:00 a.m. (ET) |
| Location of Hearing: | U.S. Bankruptcy Court<br>Courtroom 723<br>One Bowling Green<br>New York, NY 10004 |
| Copies of Motions and Applications | Copies of each pleading identified below can be viewed and/or obtained (i) from the Debtors' proposed claims and noticing agent, Stretto, at https://cases.stretto.com/sizmek or (ii) by accessing the Court's website at www.nysb.uscourts.gov. |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Sizmek Inc. (4624); Point Roll, Inc. (3173); Sizmek DSP, Inc. (2319); Sizmek Technologies, Inc. (6402); Wireless Artist LLC (0302); Wireless Developer, Inc. (9686); X Plus One Solutions, Inc. and (8106); X Plus Two Solutions, LLC (4914). The location of the Debtors' service address for purposes of these chapter 11 cases is: 401 Park Avenue South, 5th Floor, New York, NY 10016.

A.  **Uncontested Matters**

1.  **Assumption and Rejection Procedures Motion**. Debtors' Motion for Order Pursuant to Bankruptcy Code Sections 105, 365, and 554, Bankruptcy Rules 6006 and 9014, and Local Bankruptcy Rule 6006-1 Authorizing and Approving Expedited Procedures for Rejection and Assumption of Executory Contracts and Unexpired Leases and Granting Related Relief [Docket No. 152].

    Objection Deadline: May 9, 2019 at 4:00 p.m. (ET).

    Responses Received: None.

    Related Documents:

    a.  Certificate of No Objection Regarding Debtors' Motion for Order Pursuant to Bankruptcy Code Sections 105, 365, and 554, Bankruptcy Rules 6006 and 9014, and Local Bankruptcy Rule 6006-1 Authorizing and Approving Expedited Procedures for Rejection and Assumption of Executory Contracts and Unexpired Leases and Granting Related Relief [Docket No. 168].

    b.  Order Granting in Part Debtors' Motion for Order Pursuant to Bankruptcy Code Sections 105, 365, and 554, Bankruptcy Rules 6006 and 9014, and Local Bankruptcy Rule 6006-1 Authorizing and Approving Expedited Procedures for Rejection or Assumption of Executory Contracts and Unexpired Leases and Granting Related Relief [Docket No. 183].

    c.  Certificate of No Objection Regarding Debtors' Motion for Order Pursuant to Bankruptcy Code Sections 105, 365, and 554, Bankruptcy Rules 6006 and 9014, and Local Bankruptcy Rule 6006-1 Authorizing and Approving Expedited Procedures for Rejection and Assumption of Executory Contracts and Unexpired Leases and Granting Related Relief [Docket No. 195].

    Status: The Debtors filed a Certificate of No Objection [Docket No. 195] and respectfully request that the Court enter the proposed order attached thereto. No hearing is required unless the Court has questions or concerns.

2.  **Bar Date Motion**. Debtors' Motion for an Order (I) Establishing Bar Dates for Filing Claims and (II) Approving the Form and Manner of Notice Thereof [Docket No. 161].

    Objection Deadline: May 23, 2019 at 4:00 p.m. (ET).

    Responses Received: None.

    Related Documents:

    a.  Certificate of No Objection Regarding Debtors' Motion for An Order (I)

2

     Establishing Bar Dates for Filing Claims and (II) Approving the Form and Manner of Notice Thereof [Docket No. 194].

 Status: The Debtors filed a Certificate of No Objection [Docket No. 194] and respectfully request that the Court enter the proposed order attached thereto. No hearing is required unless the Court has questions or concerns.

**B.** **Contested Matters**

1. **Cash Collateral Motion**. Debtors' Motion for the Entry of Interim and Final Orders (I) Authorizing the Debtors to Use Cash Collateral Pursuant to 11 U.S.C. § 363; and (II) Granting Adequate Protection Pursuant to 11 U.S.C. §§ 361, 362, 363, and 507, and Scheduling a Final Hearing Pursuant to Bankruptcy Rule 4001(b) [Docket No. 14].

 Objection Deadline: May 23, 2019 at 4:00 p.m. (ET) (which deadline was extended to May 28, 2019 at 10:00 a.m. (ET) for the Official Committee of Unsecured Creditors by agreement with Debtors).

 Responses Received:

  a. Limited Objection of the Official Committee of Unsecured Creditors to Debtors' Motion for the Entry of Interim and Final Orders (I) Authorizing the Debtors to Use Cash Collateral Pursuant to 11 U.S.C. § 363; and (II) Granting Adequate Protection Pursuant to 11 U.S.C. §§ 361, 362, 363, and 507, and Scheduling a Final Hearing Pursuant to Bankruptcy Rule 4001(b) [Docket No. 193].

 Related Documents:

  b. Declaration of Sascha Wittler, Chief Financial Officer of Sizmek Inc., (I) in Support of Chapter 11 Petitions and (II) Pursuant to Local Rule 1007-2 [Docket No. 13].

  c. Supplemental Declaration of Sascha Wittler, Chief Financial Officer of Sizmek Inc., (I) in Support of Chapter 11 Petitions and (II) Pursuant to Local Rule 1007-2 [Docket No. 54].

  d. Interim Order (I) Authorizing the Debtors to Use Cash Collateral Pursuant to 11 U.S.C. § 363, and (II) Granting Adequate Protection Pursuant to 11 U.S.C. §§ 361, 362, 363, and 507, and Scheduling a Final Hearing Pursuant to Bankruptcy Rule 4001 [Docket No. 37].

  e. Second Interim Order (I) Authorizing the Debtors to Use Cash Collateral Pursuant to 11 U.S.C. § 363, (II) Granting Adequate Protection Pursuant to 11 U.S.C. §§ 361, 362, 363, and 507, and (III) Scheduling a Final Hearing Pursuant to Bankruptcy Rule 4001(b) [Docket No. 104].

  f. Notice of Hearing [Docket No. 107].

    g. Memorandum Endorsed Order Signed 5/9/2019, Re: Granting Extension Request [Docket No. 164].

    h. Certificate of No Objection Regarding Debtors' Motion for the Entry of Interim and Final Orders (I) Authorizing the Debtors to Use Cash Collateral Pursuant to 11 U.S.C. § 363; and (II) Granting Adequate Protection Pursuant to 11 U.S.C. §§ 361, 362, 363, and 507, and Scheduling a Final Hearing Pursuant to Bankruptcy Rule 4001(b) [Docket No. 167].

    i. Third Interim Order (I) Authorizing the Debtors to Use Cash Collateral Pursuant to 11 U.S.C. § 363, (II) Granting Adequate Protection Pursuant to 11 U.S.C. §§ 361, 362, 363, and 507, and (III) Scheduling a Final Hearing Pursuant to Bankruptcy Rule 4001(b) [Docket No. 172].

    j. Memorandum Endorsed Order Signed 5/22/2019, Re: Granting Extension Request [Docket No. 189].

Status: This matter is going forward. Debtors will submit a proposed form of Order in advance of the Hearing.

2. **Zeta Assumption and Assignment Motion**. Debtors' First Motion for Entry of an Order (I) Authorizing and Approving the Assumption and Assignment of Executory Contracts and Unexpired Leases to Zeta Global Holdings Corp. in Connection with Sale of Demand Side Platform and Data Management Platform and (II) Granting Related Relief [Docket No. 160].

Objection Deadline: May 23, 2019 at 4:00 p.m. (ET) (which deadline was extended to May 28, 2019 at 10:00 a.m. (ET) for the Gamesys US LLC and Gamesys (Gibraltar) Limited by agreement with Debtors).

Responses Received:

    a. Limited Objection to Debtors' First Motion for Entry of an Order (I) Authorizing and Approving the Assumption and Assignment of Executory Contracts and Unexpired Leases to Zeta Global Holdings Corp. in Connection with Sale of Demand Side Platform and Data Management Platform and (II) Granting Related Relief [Docket No. 190].

Related Documents:

    a. Memorandum Endorsed Order Signed 5/23/2019, Re: Granting Extension Request [Docket No. 192].

Status: This matter is going forward.

| | |
|---|---|
| Dated:  May 28, 2019<br>New York, New York | */s/ Steven J. Reisman*<br>**KATTEN MUCHIN ROSENMAN LLP**<br>Steven J. Reisman, Esq.<br>Cindi M. Giglio, Esq.<br>Jerry L. Hall, Esq. (admitted *pro hac vice*)<br>575 Madison Avenue<br>New York, NY 10022<br>Telephone: (212) 940-8800<br>Facsimile:  (212) 940-8876<br>Email:      sreisman@kattenlaw.com<br>                  cindi.giglio@kattenlaw.com<br>                  jerry.hall@kattenlaw.com<br><br>-and-<br><br>Peter A. Siddiqui, Esq. (admitted *pro hac vice*)<br>**KATTEN MUCHIN ROSENMAN LLP**<br>525 W. Monroe Street<br>Chicago, IL 60661<br>Telephone: (312) 902-5455<br>Email:       peter.siddiqui@kattenlaw.com<br><br>*Counsel to the Debtors and Debtors-in-Possession* |

5