**Objection Deadline: June 20, 2019 at 4:00 p.m. (Prevailing Eastern Time)**

Steven J. Reisman, Esq.
Jerry L. Hall, Esq. (admitted *pro hac vice*)
Cindi M. Giglio, Esq.
**KATTEN MUCHIN ROSENMAN LLP**
575 Madison Avenue
New York, NY 10022
Telephone:    (212) 940-8800
Facsimile:    (212) 940-8876
sreisman@kattenlaw.com
jerry.hall@kattenlaw.com
cindi.giglio@kattenlaw.com

Peter A. Siddiqui, Esq. (admitted *pro hac vice*)
**KATTEN MUCHIN ROSENMAN LLP**
525 W. Monroe Street
Chicago, IL 60661
Telephone:    (312) 902-5455
Facsimile:    (312) 902-1061
peter.siddiqui@kattenlaw.com

*Counsel to Debtors and Debtors-in-Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| SIZMEK INC., *et al.*,[1] | Case No. 19-10971 (SMB) |
| Debtors. | (Jointly Administered) |

**FOURTH NOTICE OF REJECTION OF CERTAIN EXECUTORY CONTRACTS**
**AND UNEXPIRED LEASES**

**PLEASE TAKE NOTICE** that, on May 21, 2019, the United States Bankruptcy Court for the Southern District of New York (the "Court") entered the order [Docket No.183] (the "Order") granting the motion (the "Motion")[2] of Debtors for an order, pursuant to Bankruptcy Code sections 105, 365, and 554, Bankruptcy Rules 6006 and 9014, and Local Bankruptcy Rule 6006-1, authorizing and approving, among other things, procedures for Debtors to reject executory contracts and unexpired leases (each a "Contract").

---

[1] Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Sizmek Inc. (4624); Point Roll, Inc. (3173); Sizmek DSP, Inc. (2319); Sizmek Technologies, Inc. (6402); Wireless Artist LLC (0302); Wireless Developer, Inc. (9686); X Plus One Solutions, Inc. and (8106); X Plus Two Solutions, LLC (4914). The location of Debtors' service address for purposes of these chapter 11 cases is: 401 Park Avenue South, 5th Floor, New York, NY 10016.

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order and by this written notice (this "Rejection Notice"), Debtors hereby notify you that they have determined, in the exercise of their business judgment, that each Contract set forth on **Schedule 1** attached hereto is hereby rejected effective as of the date (the "Rejection Date") set forth in **Schedule 1**, or such other date as Debtors and the counterparty or counterparties to such Contract(s) agree.

**PLEASE TAKE FURTHER NOTICE** that, parties seeking to object to Debtors' rejection of any Contract listed in **Schedule 1** must file and serve a written objection, so that such objection is filed with the Court and is *actually received* no later than fourteen (14) calendar days after the date that Debtors served this Rejection Notice, upon the following parties: (i) counsel to Debtors, Katten Muchin Rosenman LLP, 575 Madison Ave., New York, NY 10022, Attn: Steven J. Reisman (sreisman@kattenlaw.com) and Katten Muchin Rosenman LLP, 525 W. Monroe Street, Chicago, IL 60661, Attn: Peter A. Siddiqui (peter.siddiqui@kattenlaw.com); (ii) the Office of the United States Trustee, U.S. Federal Office Building, 201 Varick Street, Suite 1006, New York, NY 10014, Attn: Richard C. Morrissey (richard.morrissey@usdoj.gov); (iii) counsel to the Prepetition Secured Parties, Klee, Tuchin, Bogdanoff & Stern LLP, 1999 Avenue of the Americas, 39th Floor, Los Angeles, CA 90067, Attn: Thomas E. Patterson and David A. Filder (tpatterson@ktbslaw.com and dfidler@ktbslaw.com); and (iv) proposed counsel to the Committee, Cooley LLP, 55 Hudson Yards, New York, NY 10001, Attn: Seth Van Aalten and Michael Klein (svanaalten@cooley.com and mklein@cooley.com).

**PLEASE TAKE FURTHER NOTICE** that, absent an objection being timely filed, the rejection of any Contract listed on **Schedule 1** shall become effective on the Rejection Date set forth in **Schedule 1** without further notice, hearing or order of this Court, unless (i)

Debtors withdraw such Rejection Notice on or prior to the Rejection Date or (ii) Debtors and the pertinent counterparty or counterparties agree, prior to the Rejection Date, upon another such date.[3]

**PLEASE TAKE FURTHER NOTICE** that, if a timely objection to the rejection of any Contract listed on **Schedule 1** is timely filed and not withdrawn or resolved, Debtors shall file a notice of hearing to consider the unresolved objection. If such objection is overruled or withdrawn, Debtors will file with the Court a proposed order under certification of counsel (the "Rejection Order") confirming the absence of a timely objection and the rejection of the Contract(s), and such Contract(s) shall be deemed rejected as of the Rejection Date set forth in **Schedule 1** or such other date as Debtors and the counterparty or counterparties to such Contract(s) agree.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, if Debtors have deposited monies with a Contract counterparty as a security deposit or other arrangement, the Contract counterparty may not set off or recoup or otherwise use such monies without further order of the Court, unless Debtors and the counterparty or counterparties to such Contract(s) otherwise agree.

**PLEASE TAKE FURTHER NOTICE** that, absent timely objection, any personal property of Debtors that is listed and described in **Schedule 1** shall be deemed abandoned as of the Rejection Date set forth on **Schedule 1**.

**PLEASE TAKE FURTHER NOTICE** that, to the extent you wish to assert any claim(s) arising out of the rejection of your Contract(s) listed on **Schedule 1**, you must do so before

---

[3] An objection to the rejection of any particular Contract listed in Schedule 1 to this Rejection Notice shall not constitute an objection to the rejection of any other Contract listed in Schedule 1. Any objection to the rejection of any particular Contract must state with specificity the Contract to which it is directed. For each particular Contract whose rejection is not timely or properly objected to, such rejection will be effective in accordance with this Rejection Notice and the Order

the later of (i) thirty (30) days after the date of service of the Rejection Order and (ii) any applicable claims bar date for filing proofs of claim established in these chapter 11 cases.  **FAILURE TO TIMELY FILE ANY PROOF OF CLAIM SHALL RESULT IN SUCH CLAIM BEING FOREVER BARRED**.

Dated: June 6, 2019　　　　　　　　　　　　　　*/s/ Steven J. Reisman*
New York, New York　　　　　　　　　　　　　**KATTEN MUCHIN ROSENMAN LLP**
　　　　　　　　　　　　　　　　　　　　　　Steven J. Reisman, Esq.
　　　　　　　　　　　　　　　　　　　　　　Jerry L. Hall, Esq. (admitted *pro hac vice*)
　　　　　　　　　　　　　　　　　　　　　　Cindi M. Giglio, Esq.
　　　　　　　　　　　　　　　　　　　　　　575 Madison Avenue
　　　　　　　　　　　　　　　　　　　　　　New York, NY 10022

　　　　　　　　　　　　　　　　　　　　　　Telephone: (212) 940-8800
　　　　　　　　　　　　　　　　　　　　　　Facsimile:  (212) 940-8876
　　　　　　　　　　　　　　　　　　　　　　Email:　　sreisman@kattenlaw.com
　　　　　　　　　　　　　　　　　　　　　　　　　　　jerry.hall@kattenlaw.com
　　　　　　　　　　　　　　　　　　　　　　　　　　　cindi.giglio@kattenlaw.com

　　　　　　　　　　　　　　　　　　　　　　-and-

　　　　　　　　　　　　　　　　　　　　　　Peter A. Siddiqui, Esq. (admitted *pro hac vice*)
　　　　　　　　　　　　　　　　　　　　　　**KATTEN MUCHIN ROSENMAN LLP**
　　　　　　　　　　　　　　　　　　　　　　525 W. Monroe Street
　　　　　　　　　　　　　　　　　　　　　　Chicago, IL 60661
　　　　　　　　　　　　　　　　　　　　　　Telephone: (312) 902-5455
　　　　　　　　　　　　　　　　　　　　　　Email:　　peter.siddiqui@kattenlaw.com

　　　　　　　　　　　　　　　　　　　　　　*Counsel to Debtors and Debtors-in-Possession*

## **SCHEDULE 1**

### **Rejected Contracts**

| Debtors(s) Party to Contract | Counterparty | Counterparty Address | Description of Contract | Abandoned Personal Property[1] | Rejection Date |
|---|---|---|---|---|---|
| Sizmek DSP, Inc. | CREFII-SCC, LLC (as successor-in-interest to Sono Equities, LLC and 1122 Associates, LLC) | CREFII-SCC, LLC c/o Capital Equities Group, LLC 50 Washington Street, 7th Floor Norwalk, CT 06854 | Agreement of Lease, dated as of July 31, 2008, as amended, modified or otherwise supplemented | All remaining personal property<br><br>Approximate Book Value: $0.00 | June 15, 2019 |
| Sizmek DSP, Inc. | Sono Corporate Suites, LLC | Sono Corporate Suites, LLC 50 Washington Street, 7th Floor Norwalk, CT 06854 | Rack Space Agreement, dated September 30, 2008, as amended, modified or otherwise supplemented | All remaining personal property<br><br>Approximate Book Value: $0.00 | June 15, 2019 |

---

[1] All of the Abandoned Personal Property listed herein is either burdensome to remove or of inconsequential value.

| Debtors(s) Party to Contract | Counterparty | Counterparty Address | Description of Contract | Abandoned Personal Property[1] | Rejection Date |
|---|---|---|---|---|---|
| Sizmek DSP, Inc. | Internap Network Services Corp. | Internap Network Services<br>250 Williams Street<br>Suite E-100<br>Atlanta, GA 30303<br>Attn: VP of Finance<br>**and**<br>Internap Network Services<br>250 Williams Street<br>Suite E-100<br>Atlanta, GA 30303<br>Attn: General Counsel<br>**and**<br>Internap Network Services<br>One Ravinia Dr. Suite 1300<br>Atlanta, GA 30346<br>Attn: General Counsel<br>**and**<br>Gibbons P.C.<br>One Gateway Center<br>Newark, NJ 07102<br>Attn: Dale E. Barney | Internap Master Services Agreement, including all related Orders or Schedules, as amended, modified or otherwise supplemented | N/A | June 6, 2019 |

2