# Katten
KattenMuchinRosenman LLP

575 Madison Avenue
New York, NY 10022-2585
212.940.8800 tel
www.kattenlaw.com

CINDI M. GIGLIO
cindi.giglio@kattenlaw.com
212.940.3828 direct
202.298.7570 fax

June 10, 2019

<u>VIA EMAIL</u>: bernstein.chambers@nysb.uscourts.gov

The Honorable Stuart M. Bernstein
United States Bankruptcy Judge
United States Bankruptcy Court for the
Southern District of New York
One Bowling Green
New York, New York 10004

Re:    <u>*In re Sizmek Inc., et al.*, Case No. 19-10971 (SMB)</u>

Dear Judge Bernstein,

This firm represents Sizmek Inc. and certain of its affiliates (collectively, the "<u>Debtors</u>") in the above-referenced jointly administered chapter 11 cases.

On June 3, 2019, we filed *Debtors' Motion for an Order Authorizing and Approving a Private Sale of Debtor Seller's Portion of the Adserver Business Free and Clear of All Liens, Claims, Encumbrances, and Other Interests, and Granting Related Relief* [Docket No. 210] (the "<u>Motion</u>"), which attached as Exhibit B, a Cure Notice (the "<u>Cure Notice</u>"). On June 3, 2019, the Debtors served the Cure Notice on the counterparties to the Assumed Contracts, listed on Exhibit A to the Cure Notice. The objection deadline for the Cure Notice is seven calendar days after receiving the Cure Notice, or June 10, 2019. Counsel to Hewlett-Packard Financial Services Co. ("<u>HP</u>") has requested a brief extension to that objection deadline. We write to request an extension of HP's deadline to object to the Cure Notice from June 10, 2019, to June 14, 2019, at 4:00 p.m. The Debtors consent to the requested extension.

Similarly, counsel to: (1) Group M Worldwide, LLC; (2) GroupM Asia Pacific Holdings Ptd Ltd.; (3) GroupM Pty Ltd. (Australia); (4) GroupM Latin America (5) GroupM Publicidad Worldwide, S.A.; (6) GroupM Srl; (7) Mediacom Holdings Ltd.; (8) Xaxis; (9) Mindshare UK Ltd.; (10) Mindshare Media UK Ltd; (11) Mindshare Medya Hizmetleri A.S.; (12) Group LATAM; (13) Grey New York; (14) Maxus NY (MailOnline); (15) Wavemaker (f/k/a Media Edge CIA LLC); (16) Ikon Communications Pty Ltd (Australia); and (17) Ikon AUS (STW Group Limited) (collectively, the "<u>GroupM Companies</u>") has requested a brief extension to that objection deadline. We write to request an extension of the GroupM Companies' deadline to object to the Cure Notice from June 10, 2019, to June 14, 2019, at 4:00 p.m. The Debtors consent to the requested extension.

*Granted
SMB
6/10/19*

AUSTIN    CENTURY CITY    CHARLOTTE    CHICAGO    DALLAS    HOUSTON    LOS ANGELES
NEW YORK    ORANGE COUNTY    SAN FRANCISCO BAY AREA    SHANGHAI    WASHINGTON, DC
LONDON: KATTEN MUCHIN ROSENMAN UK LLP
A limited liability partnership including professional corporations

139766464 392525-00001



June 10, 2019
Page 2

If you have any questions, do not hesitate to contact us at any time.

Respectfully Submitted,

Cindi M. Giglio

cc (by email):  Jill B. Bienstock, Esq. (counsel to HP)
                Massimo Giugliano, Esq. (counsel to GroupM Companies)

139766464 392525-00001