**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | ) ) Chapter 11 |
| SIZMEK, INC., *et al.,*[1] | ) ) Case No. 19-10971 (SMB) |
| Debtors. | ) ) (Jointly Administered) ) |

## AFFIDAVIT OF SERVICE

I, Alexa Westmoreland, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned cases.

On June 17, 2019, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on M&R Strategic Services, Inc. at 101 Connecticut Ave NW, Ste. 700, Washington, DC 20036-4349, pursuant to USPS forwarding instructions:

- **Notice of Hearing on Debtors' First Motion for Entry of an Order (I) Authorizing and Approving the Assumption and Assignment of Executory Contracts and Unexpired Leases to Zeta Global Holdings Corp. In Connection with Sale of Demand Side Platform and Data Management Platform and (II) Granting Related Relief** (Docket No. 160)

Furthermore, on June 24, 2019, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on Sharethis, Inc. at 3000 El Camino Real, Ste. 5-150, Palo Alto, CA 94306-2121, pursuant to USPS forwarding instructions:

- **Certificate of No Objection Regarding Debtors' Motion for an Order (I) Establishing Bar Dates for Filing Claims and (II) Approving the Form and Manner of Notice Thereof** (Docket No. 194)

- **Certificate of No Objection Regarding Debtors' Motion for Order Pursuant to Bankruptcy Code Sections 105, 365, and 554, Bankruptcy Rules 6006 and 9014, and Local Bankruptcy Rule 6006-1 Authorizing and Approving Expedited Procedures for Rejection and Assumption of Executory Contracts and Unexpired Leases and Granting Related Relief** (Docket No. 195)

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Sizmek Inc. (4624); Point Roll, Inc. (3173); Sizmek DSP, Inc. (2319); Sizmek Technologies, Inc. (6402); Wireless Artist LLC (0302); WirelessDeveloper, Inc. (9686); X Plus One Solutions, Inc. (8106); and X Plus Two Solutions, LLC (4914). The location of the Debtors' service address for purposes of these chapter 11 cases is: 401 Park Avenue South, 5th Floor, New York, NY 10016.

- **Agenda for Hearing to be Held May 30, 2019 at 10:00 A.M. (Prevailing Eastern Time)** (Docket No. 196)

Furthermore, on June 24, 2019, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on the service list attached hereto as **Exhibit A**, pursuant to USPS forwarding instructions:

- **Notice of Deadline Requiring Filing of Proofs of Claim on or Before July 17, 2019** (attached hereto as **Exhibit B**)

- **Proof of Claim Form (Official Form 410)**

- **Instructions for Proof of Claim Form**

Furthermore, on June 25, 2019, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on the service list attached hereto as **Exhibit C**, pursuant to USPS forwarding instructions:

- **Notice of Deadline Requiring Filing of Proofs of Claim on or Before July 17, 2019** (attached hereto as **Exhibit B**)

- **Proof of Claim Form (Official Form 410)**

- **Instructions for Proof of Claim Form**

On June 27, 2019, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on Sharethis, Inc. at 3000 El Camino Real, Ste. 5-150, Palo Alto, CA 94306-2121, pursuant to USPS forwarding instructions:

- **Second Notice of Rejection of Certain Executory Contracts and Unexpired Leases** (Docket No. 205)

- **Fourth Notice of Rejection of Certain Executory Contracts and Unexpired Leases** (Docket No. 222)

- **Fourth Interim Order (I) Authorizing the Debtors to Use Cash Collateral Pursuant to 11 U.S.C. § 363, (II) Granting Adequate Protection Pursuant to 11 U.S.C. §§ 361, 362, 363, and 507, and (III) Scheduling a Final Hearing Pursuant to Bankruptcy Rule 4001(b)** (Docket No. 239)

**[THIS SPACE LEFT BLANK INTENTIONALLY]**

- **First Notice of Filing of Ordinary Course Professional Declaration and Questionnaire** (Docket No. 241)

Dated: June 28, 2019

_____
Alexa T. Westmoreland

State of Colorado    )
                     ) SS.
County of Denver     )

Subscribed and sworn before me this 28th day of June 2019 by Alexa Westmoreland.

_____
(Notary's Official Signature)

CHARLES ROBERT JOHNSON
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20194011209
MY COMMISSION EXPIRES MARCH 21, 2023

# **<u>Exhibit A</u>**



# Exhibit A
Served Via First-Class Mail

| NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP |
|---|---|---|---|---|---|
| ADAM KLEIN | 350 CENTRAL PARK W | APT 2E | NEW YORK | NY | 10025-8842 |
| ADMARVEL, INC. | 1200 PARK PL | STE 250 | SAN MATEO | CA | 94403-1593 |
| ADVILLE USA | 1413 W KENNETH RD | #278 | GLENDALE | CA | 91201-1421 |
| ALASKA SEAFOOD MARKETING INSTITUTE | 311 N FRANKLIN ST | STE 200 | JUNEAU | AK | 99801-1142 |
| ASANA, INC. | 1550 BRYANT ST | SUITE 200 | SAN FRANCISCO | CA | 94103-4853 |
| ATD PARTNERS, LLC | PO BOX 1313 | | AUSTIN | TX | 78767-1313 |
| AUDIENCE X | 13468 BEACH AVE | | MARINA DL REY | CA | 90292-5624 |
| BAR AMERICAIN | 1140 BROADWAY | RM 1203 | NEW YORK | NY | 10001-7504 |
| BELCARO GROUP, INC. | 7100 E BELLEVIEW AVE | STE 108 | GREENWOOD VILLAGE | CO | 90111-1635 |
| BREAK MEDIA | 231 MARKET PL | #373 | SAN RAMON | CA | 94583-4743 |
| BRILLMEDIA.CO. | 17224 STRATHERN ST | | LAKE BALBOA | CA | 91406-1057 |
| BROOKLYN NETS | 168 39TH ST | UNIT 7 | BROOKLYN | NY | 11232-2714 |
| BROWN FOX KIZZIA & JOHNSON PLLC | 8111 PRESTON RD | STE 300 | DALLAS | TX | 75225-6329 |
| BUSINESS INSIDER INC. | 1 LIBERTY PLZ | FL 8 | NEW YORK | NY | 10006-1431 |
| COMMITTEE FOR DIGITAL ADVERTISING AND MARKETING ACCOUNTABILITY AKA DIGITAL ADVERTISING ALLIANCE | 315 W 36TH ST | FL 8 | NEW YORK | NY | 10018-6624 |
| COMPENSATION & BENEFIT SOLUTIONS, LLC | 6430 S FIDDLERS GREEN CIR | STE 300 | GREENWOOD VILLAGE | CO | 80111-4999 |
| CRISPIN PORTER & BOGUSKY, LLC. (CP+B) | 6450 GUNPARK DR | | BOULDER | CO | 90301-3309 |
| CRITICAL MASS CHICAGO | 225 NORTH MICHIGAN AVE | STE 700 | CHICAGO | IL | 60601-7682 |
| CRITICAL MASS INC. | 225 N MICHIGAN AVE | STE 700 | CHICAGO | IL | 60601-7682 |
| CROSS MEDIA | 275 7TH AVE | FL 27 | NEW YORK | NY | 10001-6885 |
| CROSSMEDIA, INC. | 150 MEADOWLANDS PKWY | FL 1-2 | SECAUCUS | NJ | 07094-2304 |
| CULTIVATOR CONTENT LABS | 2221 E WASHINGTON ST | | PHOENIX | AZ | 95034-1301 |
| CURVATURE (SERVER SUPPORT) | 2810 COLISEUM CENTRE DR | STE 600 | CHARLOTTE | NC | 28217-3255 |
| DIGICERT, INC. | 2801 N THANKSGIVING WAY | STE 500 | LEHI | UT | 84043-5803 |
| DIVISION D | 602 FAY ST | | COLUMBIA | MO | 65201-4708 |
| DOREMUS SMART TRADING | 437 MADISON AVE | FL 5 | NEW YORK | NY | 10022-7043 |
| EFLEXGROUP, INC. (TASC) | PO BOX 7631 | | MADISON | WI | 53707-7631 |
| ELECTRONICS RECYCLING SERVICE, INC. | 1664 WATSON CT | | MILPITAS | CA | 95035-6822 |
| EVO REAL ESTATE GROUP | 1040 AVENUE OF THE AMERICAS | FL 3 | NEW YORK | NY | 10018-3709 |
| FOURSQUARE | 50 W 23RD ST | FL 8 | NEW YORK | NY | 10010-5272 |
| GEORGE HAYNES | 6540 HILL VIEW AVE | | LAS VEGAS | NV | 89107-1210 |
| INK STUDIO | 31652 2ND AVE | | LAGUNA BEACH | CA | 92651-8244 |
| JL FARMAKIS | 24 EAST AVE | #1350 | NEW CANAAN | CT | 06840-5529 |
| KASE MEDIA | PO BOX 2212 | | SAUSALITO | CA | 94966-2212 |
| KEY ACQUISITION PARTNERS, LLC | 181 HARRY S TRUMAN PKWY | STE 275 | ANNAPOLIS | MD | 21401-7630 |
| LEADMD, INC. | 15001 N 74TH ST | STE A | SCOTTSDALE | AZ | 85260-2444 |
| LEUNG, JOYCE (E) | PO BOX 591095 | | SAN FRANCISCO | CA | 94159-1095 |

In re: Sizmek Inc., et al.
Case No. 19-10971 (SMB)

Page 1  of 2



## Exhibit A
Served Via First-Class Mail

| NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP |
|---|---|---|---|---|---|
| LITTLE THINGS | 642 HARRISON ST | FL 3 | SAN FRANCISCO | CA | 94107-1323 |
| LIVE INTENT INC. X+1 | 222 BROADWAY | FL 22 | NEW YORK | NY | 10038-2570 |
| LUMENE NORTH AMERICA LLC | 530 FASHION AVE | UPPR 1 | NEW YORK | NY | 10018-4906 |
| MEDIA TWO INTERACTIVE | 112 S BLOUNT ST | STE 101 | RALEIGH | NC | 27601-1474 |
| MOAT INC. | 28 E 28TH ST | FL 9 | NEW YORK | NY | 10016-7939 |
| MONTAGE MARKETING | 5243 BAY ST | | ROCKLIN | CA | 95765-5510 |
| NATIONAL CINEMEDIA CINEMA NETWORK, LLC | 6300 S SYRACUSE WAY | STE 300 | CENTENNIAL | CO | 80111-6723 |
| NATIONAL CINEMEDIA, LLC | 6300 S SYRACUSE WAY | STE 300 | CENTENNIAL | CO | 80111-6723 |
| NFUSION | 708 COLORADO STREET | | AUSTIN | TX | 78701 |
| NICOLAS PANTELAROS | 3284 45TH ST | APT 1C | ASTORIA | NY | 11103-1930 |
| OOTEM ADVERTISING, INC | 180 CARNELIAN WAY | | SAN FRANCISCO | CA | 94131-1734 |
| OPERA MEDIAWORKS, INC. | 901 MARINERS ISLAND BLVD | #250 | SAN MATEO | CA | 94404-1592 |
| OPTIKAL INC. | 1680 VINE ST | STE 905 | HOLLYWOOD | CA | 90028-8800 |
| PARAMVEER SINGH | 252 VILLAFRANCA ST | | CORONA | CA | 92879-3325 |
| PART FOUR LLC | 600 WILSHIRE BLVD | STE 1700 | LOS ANGELES | CA | 90017-3229 |
| PERFORMICS MOTOROLA | 35 W WACKER DR | FL 19 | CHICAGO | IL | 60601-1758 |
| PET360 | 19601 N 27TH AVE | | PHOENIX | AZ | 85027-4008 |
| PROGRESSIVE FINANCIAL SERVICES | 40 WELLESLEY RD | | SWARTHMORE | PA | 19081-1233 |
| QUANTASY | 312 S ALAMEDA ST | #102 | LOS ANGELES | CA | 90013-1706 |
| REVSQUARE LLC | 68 34TH ST | UNIT 34 | BROOKLYN | NY | 11232-2007 |
| SCOOP BRANDS | 1968 S COAST HWY | #739 | LAGUNA BEACH | CA | 92651-3681 |
| STRATEGIC SUPPORT SOLUTIONS, LLC | 9550 RIDGEHAVEN CT | | SAN DIEGO | CA | 91213-5606 |
| TACTICAL TELESOLUTIONS, INC. | 2121 N CALIFORNIA BLVD | #260 | WALNUT CREEK | CA | 94596-3572 |
| TENT COLLECTIVE INC | PO BOX 478 | | RIDGEWOOD | NJ | 07451-0478 |
| THE BILLIONS CORPORATION | PO BOX 47710 | | CHICAGO | IL | 60647-7212 |
| THE FEARLESS GROUP | 79 MADISON AVE | FL 8 | NEW YORK | NY | 10016-7810 |
| THE MARTIN GROUP | 7600 LANDMARK WAY | UNIT 707 | GREENWOOD VLG | CO | 80111-1963 |
| THE WOOD AGENCY | 7550 W INTERSTATE 10 | STE 505 | SAN ANTONIO | TX | 78229-3068 |
| THEDAILYMEAL | 4 NEW YORK PLZ | FL 7 | NEW YORK | NY | 10004-2823 |
| THRESHER COMMUNICATION & PRODUCTIVITY, INC. | 48303 FREMONT BLVD | | FREMONT | CA | 94538-6580 |
| TSANG SEYMOUR DESIGN INC | 448 W MEADOW RD | | WILTON | CT | 06897-4731 |
| U.S. INTERNATIONAL MEDIA | 3415 S SEPULVEDA BLVD | STE 800 | LOS ANGELES | CA | 90034-6033 |
| U.S. NEWS & WORLD REPORT, L.P. | 120 5TH AVE | FL 7 | NEW YORK | NY | 10011-5637 |
| WEXLEY SCHOOL FOR GIRLS | 2633 EASTLAKE AVE E | STE 202 | SEATTLE | WA | 98102-3299 |
| WHITEHAT SECURITY, INC. | 1741 TECHNOLOGY DR | STE 300 | SAN JOSE | CA | 95110-1355 |
| ZEFR | 4101 REDWOOD AVE | | LOS ANGELES | CA | 90066-5603 |

In re: Sizmek Inc., et al.
Case No. 19-10971 (SMB)

# **<u>Exhibit B</u>**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| SIZMEK INC., *et al.*,[1] | ) | Case Nos.: 19-10971(SMB) |
| | ) | Through 19-10978(SMB) |
| Debtors. | ) | |
| | ) | (Jointly Administered) |
| | ) | |

**NOTICE OF DEADLINE REQUIRING FILING OF PROOFS OF CLAIM ON OR BEFORE JULY 17, 2019**

**TO ALL PERSONS AND ENTITIES WITH CLAIMS AGAINST DEBTOR ENTITIES LISTED ON <u>APPENDIX A</u> ATTACHED HERETO:**

The United States Bankruptcy Court for the Southern District of New York has entered an Order establishing **July 17, 2019** (the "Bar Date") as the last date for each person or entity (including individuals, partnerships, corporations, joint ventures, trusts and governmental units) to file a proof of claim against any of the Debtors listed on Appendix A attached to this Notice (the "Debtors").

The Bar Date and the procedures set forth below for filing proofs of claim apply to all claims against the Debtors that arose prior to March 29, 2019, the date on which the Debtors commenced cases under chapter 11 of the United States Bankruptcy Code, except for claims listed in Section 4 below that are specifically excluded from the Bar Date filing requirement. Governmental units may have until September 25, 2019, the date that is one hundred eighty (180) days after the order for relief, to file proofs of claim.

1. **WHO MUST FILE A PROOF OF CLAIM**

    You MUST file a proof of claim to vote on a chapter 11 plan filed by the Debtors or to share

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Sizmek Inc. (4624); Sizmek DSP, Inc. (2319); Point Roll, Inc. (3173); Sizmek Technologies, Inc. (6402); Wireless Artist LLC (0302); Wireless Developer, Inc. (9686); X Plus One Solutions, Inc. (8106); and X Plus Two Solutions, LLC (4914). The location of the Debtors' service address for purposes of these chapter 11 cases is: 401 Park Avenue South, Fifth Floor, New York, NY 10016.

1

in distributions from the Debtors' bankruptcy estates if you have a claim that arose prior to March 29, 2019 (the "Filing Date"), and it is not one of the types of claim described in Section 4 below.  Claims based on acts or omissions of the Debtors that occurred before the Filing Date must be filed on or prior to the Bar Date, even if such claims are not now fixed, liquidated or certain or did not mature or become fixed, liquidated or certain before the Filing Date.

Under Section 101(5) of the Bankruptcy Code and as used in this Notice, the word "claim" means: (a) a right to payment, whether or not such right is reduced to judgment, liquidated, unliquidated, fixed, contingent, matured, unmatured, disputed, undisputed, legal, equitable, secured, or unsecured; or (b) a right to an equitable remedy for breach of performance if such breach gives rise to a right to payment, whether or not such right to an equitable remedy is reduced to judgment, fixed, contingent, matured, unmatured, disputed, undisputed, secured or unsecured.

## 2.    WHAT TO FILE

Your filed proof of claim must conform substantially to Official Form No. 410; a case-specific proof of claim form accompanies this notice as Appendix B.  Additional proof of claim forms may be obtained at www.uscourts.gov/forms/bankruptcy-forms or https://cases.stretto.com/sizmek

All proof of claim forms must be **signed** by the claimant or, if the claimant is not an individual, by an authorized agent of the claimant.  It must be written in English and be denominated in United States currency.   You should attach to your completed proof of claim any documents on which the claim is based (if voluminous, attach a summary) or an explanation as to why the documents are not available.

Your proof of claim form must not contain complete social security numbers or taxpayer identification numbers (only the last four digits), a complete birth date (only the year), the name of a minor (only the minor's initials) or a financial account number (only the last four digits of such

2

<span style="color:red">financial account).</span>

Any holder of a claim against more than one Debtor must file a separate proof of claim with respect to each such Debtor and all holders of claims must identify on their proof of claim the specific Debtor against which their claim is asserted and the case number of that Debtor's bankruptcy case. A list of the names of the Debtors and their case numbers is set forth on Appendix A attached to this Notice

3. **WHEN AND WHERE TO FILE**

Except as provided for herein, all proofs of claim must be filed so as to be received **on or before July 17, 2019** at the following address:

| IF BY MAIL: | IF DELIVERED BY HAND: |
|---|---|
| Sizmek Claims Processing<br>c/o Stretto<br>8269 E 23rd Ave, Ste 275<br>Denver, CO 80238 | United States Bankruptcy Court<br>Southern District of New York<br>One Bowling Green, Room 614<br>New York, NY 10004-1408 |

Or electronically through the claims agent's website, at: https://cases.stretto.com/sizmek/fileaclaim

Proofs of claim will be deemed filed only when <u>received</u> at the addresses listed above or filed electronically on or before the Bar Date. Proofs of claim may not be delivered by facsimile, telecopy or electronic mail transmission.

4. **CLAIMS FOR WHICH PROOFS OF CLAIM NEED NOT BE FILED**

You do **not** need to file a proof of claim on behalf of a claim on or prior to the applicable Bar Date if the claim falls into one of the following categories:

(a) Any claim that has already been asserted in a proof of claim against the Debtors with the Clerk of the Bankruptcy Court for the Southern District of New York in a form substantially similar to Official Bankruptcy Form No. 410 (unless you wish to assert the claim against a Debtor not mentioned in the prior proof of claim, in which case an additional proof of claim must be filed);

(b) Any claim that is listed on the Schedules filed by the Debtors, provided that (i) the claim is <u>not</u> scheduled as "disputed," "contingent," or "unliquidated" <u>and</u> (ii)

3

the claimant does not disagree with the amount, nature and priority of the claim as set forth in the Schedules and (iii) the claimant does not dispute that the claim is an obligation only of the specific Debtor against which the claim is listed in the Schedules;

(c) Any claim that previously been allowed by Order of the Court
(d) Any claim that has been paid in full by any of the Debtors;
(e) Any claim for which a different deadline has previously been fixed by this Court;
(f) Any claim by one Debtor against another Debtor;
(g) Any claim allowable under § 503(b) and § 507(a) (2) of the Bankruptcy Code as an expense of administration of the Debtor's estates; and
(h) Any claim held by the Prepetition First Lien Agent.

If you are a holder of an equity interest in the Debtors, you need not file a proof of interest with respect to the ownership of such equity interest at this time. However, if you assert a claim against the Debtors, including a claim relating to such equity interest or the purchase or sale of such interest, a proof of such claim must be filed on or prior to the Bar Date pursuant to procedures set forth in this Notice.

This Notice is being sent to many persons and entities that have had some relationship with or have done business with the Debtors but may not have an unpaid claim against the Debtors. The fact that you have received this Notice does not mean that you have a claim or that the Debtors or the Court believe that you have a claim against the Debtors.

**5.    EXECUTORY CONTRACTS AND UNEXPIRED LEASES**

If you have a claim arising out of the rejection of an executory contract or unexpired lease as to which the order authorizing such rejection is dated on or before June 11, 2019, the date of entry of the Bar Order, you must file a proof of claim by the Bar Date. Any person or entity that has a claim arising from the rejection of an executory contract or unexpired lease, as to which the order is dated after the date of entry of the Bar Order, you must file a proof of claim with respect to such claim by the date fixed by the Court in the applicable order authorizing rejection of such contract or lease.

4

**6. CONSEQUENCES OF FAILURE TO FILE A PROOF OF CLAIM BY THE BAR DATE**

ANY HOLDER OF A CLAIM THAT IS NOT EXEMPTED FROM THE REQUIREMENTS OF THIS ORDER, AS SET FORTH IN SECTION 4 ABOVE, AND THAT FAILS TO TIMELY FILE A PROOF OF CLAIM IN THE APPROPRIATE FORM SHALL NOT BE TREATED AS A CREDITOR WITH RESPECT TO SUCH CLAIM FOR THE PURPOSES OF VOTING ON ANY PLAN OF REORGANIZATION FILED IN THESE CASES AND PARTICIPATING IN ANY DISTRIBUTION IN THE DEBTORS' CASES ON ACCOUNT OF SUCH CLAIM.

**7. THE DEBTORS' SCHEDULES AND ACCESS THERETO**

You may be listed as the holder of a claim against one or more of the Debtors in the Debtors' Schedules of Assets and Liabilities and/or Schedules of Executory Contracts and Unexpired Leases (collectively, the "Schedules").

If you rely on the Debtors' Schedules, it is your responsibility to determine that the claim is accurately listed in the Schedules.

As set forth above, if you agree with the nature, amount and status of your claim as listed in the Debtors' Schedules, and if you do not dispute that your claim is only against the Debtor specified by the Debtors, and if your claim is not described as "disputed," "contingent," or "unliquidated," you need not file a proof of claim. Otherwise, or if you decide to file a proof of claim, you must do so before the Bar Date in accordance with the procedures set forth in this Notice.

Copies of the Debtors' Schedules are available for inspection on the Court's Internet Website at http://www.nysb.uscourts.gov. A login and password to the Court's Public Access to Electronic Court Records ("PACER") are required to access this information and can be obtained through the PACER Service Center at http://www.pacer.gov or on Debtors' claims agent's website at https://cases.stretto.com/sizmek. Copies of the Schedules may also be examined between the

hours of 9:00 a.m. and 4:30 p.m., Monday through Friday at the Office of the Clerk of the Bankruptcy Court, One Bowling Green, Room 614, New York, New York 10004-1408. Copies of the Debtors' Schedules may also be obtained by written request to Debtors' counsel at the address set forth below.

**A holder of a possible claim against the Debtors should consult an attorney regarding any matters not covered by this notice, such as whether the holder should file a proof of claim.**

BY ORDER OF THE COURT

Dated: June 11, 2019  
New York, New York

*/s/ Steven J. Reisman*
**KATTEN MUCHIN ROSENMAN LLP**
Steven J. Reisman, Esq.
Jerry L. Hall, Esq. (admitted *pro hac vice*)
Cindi M. Giglio, Esq.
575 Madison Avenue
New York, NY 10022
Telephone: (212) 940-8800
Facsimile: (212) 940-8876
Email:  sreisman@kattenlaw.com
          jerry.hall@kattenlaw.com
          cindi.giglio@kattenlaw.com

-and-

Peter A. Siddiqui, Esq. (admitted *pro hac vice*)
**KATTEN MUCHIN ROSENMAN LLP**
525 W. Monroe Street
Chicago, IL 60661
Telephone: (312) 902-5455
Email:  peter.siddiqui@kattenlaw.com

*Counsel to Debtors and Debtors-in-Possession*

# APPENDIX A TO NOTICE OF DEADLINES FOR FILING OF PROOFS OF CLAIM

| Debtor | Case Number |
|---|---|
| Sizmek Inc. | 19-10971 |
| Point Roll, Inc. | 19-10972 |
| Sizmek DSP, Inc. | 19-10973 |
| Sizmek Technologies, Inc. | 19-10974 |
| Wireless Artist LLC | 19-10975 |
| WirelessDeveloper, Inc. | 19-10976 |
| X Plus One Solutions, Inc. | 19-10977 |
| X Plus Two Solutions, LLC | 19-10978 |

# **APPENDIX B TO NOTICE OF DEADLINES FOR FILING OF PROOFS OF CLAIM**

(Case Specific Proof of Claim Form)

139793818_392525-00001

**Fill in this information to identify the case:**

Name of Debtor & Case Number:

☐ Sizmek Inc. (19-10971)          ☐ Wireless Artist LLC (19-10975)
☐ Point Roll, Inc.(19-10972)       ☐ WirelessDeveloper, Inc. (19-10976)
☐ Sizmek DSP, Inc. (19-10973)      ☐ X Plus One Solutions, Inc. (19-10977)
☐ Sizmek Technologies, Inc. (19-10974)  ☐ X Plus Two Solutions, LLC (19-10978)

**United States Bankruptcy Court for the Southern District of New York**

Official Form 410

# Proof of Claim

04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. **Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.**

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy** (Form 309) **that you received.**

## Part 1: Identify the Claim

1. **Who is the current creditor?**

   _____
   Name of the current creditor (the person or entity to be paid for this claim)

   Other names the creditor used with the debtor _____

2. **Has this claim been acquired from someone else?**

   ☐ No
   ☐ Yes. From whom? _____

3. **Where should notices and payments to the creditor be sent?**

   Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

   **Where should notices to the creditor be sent?**

   _____
   Name

   _____
   Number       Street

   _____
   City          State      ZIP Code

   Contact phone _____

   Contact email _____

   **Where should payments to the creditor be sent?** (if different)

   _____
   Name

   _____
   Number       Street

   _____
   City          State      ZIP Code

   Contact phone _____

   Contact email _____

   Uniform claim identifier for electronic payments in chapter 13 (if you use one):

   __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __

4. **Does this claim amend one already filed?**

   ☐ No
   ☐ Yes.  Claim number on court claims registry (if known)_____     Filed on ___/___/_____
                                                                        MM  /  DD  /  YYYY

5. **Do you know if anyone else has filed a proof of claim for this claim?**

   ☐ No
   ☐ Yes.  Who made the earlier filing? _____

| Part 2: | Give Information About the Claim as of the Date the Case Was Filed |
|---|---|

| 6. | **Do you have any number you use to identify the debtor?** | ❏ No<br>❏ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ____ ____ ____ ____ |
|---|---|---|
| 7. | **How much is the claim?** | $_____. **Does this amount include interest or other charges?**<br>❏ No<br>❏ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A). |
| 8. | **What is the basis of the claim?** | Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.<br><br>Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).<br><br>Limit disclosing information that is entitled to privacy, such as health care information.<br><br>_____ |
| 9. | **Is all or part of the claim secured?** | ❏ No<br>❏ Yes.    The claim is secured by a lien on property.<br><br>**Nature of property:**<br>❏ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim.*<br>❏ Motor vehicle<br>❏ Other. Describe: _____<br><br>**Basis for perfection:** _____<br>Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)<br><br>**Value of property**:                        $_____<br>**Amount of the claim that is secured:**    $_____<br><br>**Amount of the claim that is unsecured:** $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)<br><br>**Amount necessary to cure any default as of the date of the petition:**      $_____<br><br>**Annual Interest Rate** (when case was filed) _____ %<br>❏ Fixed<br>❏ Variable |
| 10. | **Is this claim based on a lease?** | ❏ No<br><br>❏ Yes. **Amount necessary to cure any default as of the date of the petition.**      $_____ |
| 11. | **Is this claim subject to a right of setoff?** | ❏ No<br><br>❏ Yes. Identify the property: _____ |

Official Form 410                                      **Proof of Claim**                                      page 2

12. **Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?**

    A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority.

    ❏ No

    ❏ Yes. *Check all that apply:*                                           **Amount entitled to priority**

    ❏ Domestic support obligations (including alimony and child support) under
      11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).                                 $_____

    ❏ Up to $2,850* of deposits toward purchase, lease, or rental of property or services for
      personal, family, or household use. 11 U.S.C. § 507(a)(7).             $_____

    ❏ Wages, salaries, or commissions (up to $12,850*) earned within 180 days before the
      bankruptcy petition is filed or the debtor's business ends, whichever is earlier.
      11 U.S.C. § 507(a)(4).                                                 $_____

    ❏ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8).  $_____

    ❏ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5).      $_____

    ❏ Other. Specify subsection of 11 U.S.C. § 507(a)(__) that applies.      $_____

    \* Amounts are subject to adjustment on 4/01/16 and every 3 years after that for cases begun on or after the date of adjustment.

## Part 3:    Sign Below

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both.
18 U.S.C. §§ 152, 157, and 3571.**

*Check the appropriate box:*

❏ I am the creditor.

❏ I am the creditor's attorney or authorized agent.

❏ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

❏ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date  _____
                  MM  /  DD  /  YYYY



_____
Signature

**Print the name of the person who is completing and signing this claim:**

Name         _____
             First name      Middle name      Last name

Title        _____

Company      _____
             Identify the corporate servicer as the company if the authorized agent is a servicer.

Address      _____
             Number       Street

             _____
             City                          State    ZIP Code

Contact phone  _____          Email  _____

Official Form 410                    **Proof of Claim**                    page 3

# **<u>Exhibit C</u>**

**Exhibit C**

Served Via First-Class Mail

| NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP |
|---|---|---|---|---|---|
| ANAPLAN INC. | 50 HAWTHORNE ST | | SAN FRANCISCO | CA | 94105-3902 |
| CANARY LLC | 2700 CAMINO RAMON | # 110 | SAN RAMON | CA | 94583-5004 |
| CONNATIX NATIVE EXCHANGE INC. | 666 BROADWAY | FL 10 | NEW YORK | NY | 10012-2342 |
| HOLWICK CONSTRUCTORS, INC. | 200 N WESTLAKE BLVD | STE 102 | WESTLAKE VLG | CA | 91362-3769 |

In re: Sizmek Inc., et al.
Case No. 19-10971 (SMB)

Page 1 of 1