Louis T. DeLucia
Alyson M. Fiedler
**ICE MILLER LLP**
1500 Broadway, Suite 2900
New York, New York 10036
Telephone: (212) 835-6315
Email: Louis.DeLucia@icemiller.com
       Alyson.Fiedler@icemiller.com

*Counsel to Nitel, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>SIZMEK INC., *et al*,[1]<br><br>            Debtors. | Chapter 11<br><br>Case No. 19-10971 (SMB)<br><br>(Joint Administered) |

**NOTICE OF APPEARANCE AND**
**REQUEST FOR SERVICE OF PAPERS**

**PLEASE TAKE NOTICE** that pursuant to Federal Rules of Bankruptcy Procedure 2002, 9007, and 9010(b) and Local Rule B-9010-1, and section 1109(b) of title 11 of the United States Code, Nitel, Inc. ("Nitel') by and through its counsel, Ice Miller LLP, hereby respectfully submits this Notice of Appearance and Request for Service of Papers ("Notice of Appearance") in the above-captioned jointly-administered case(s) and requests that all notices and all papers served or required to be served in these cases by the Court, the above-referenced Debtors, and/or any other parties-in-interest, be given to and served upon the following:

---

[1] Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Sizmek Inc. (4624); Point Roll, Inc. (3173); Sizmek DSP, Inc. (2319); Sizmek Technologies, Inc. (6402); Wireless Artist LLC (0302); Wireless Developer, Inc. (9686); X Plus One Solutions, Inc. (8106); and X Plus Two Solutions, LLC (4914).

1

| | |
|---|---|
| ICE MILLER LLP<br>Jason M. Torf<br>200 W. Madison Street, Suite 3500<br>Chicago, IL 60606<br>Telephone: (312) 726-6244<br>Email: Jason.Torf@icemiller.com | ICE MILLER LLP<br>Louis T. DeLucia<br>Alyson M. Fiedler<br>1500 Broadway, Suite 2900<br>New York, New York 10036<br>Telephone: (212) 835-6315<br>Email: Louis.DeLucia@icemiller.com<br>         Alyson.Fiedler@icemiller.com |

**PLEASE TAKE FURTHER NOTICE** the Notice of Appearance request includes, without limitation, notices and papers referred to in Bankruptcy Rule 2002 and also includes, without limitation, any plans of reorganization and disclosure statements and objections thereto, notices, orders, pleadings, motions, applications, complaints, schedules of assets and liabilities, operating reports, answering or reply papers, memoranda and briefs in support of any of the foregoing, pleadings, hearing dates, requests, demand, replies and any other documents brought before this Court with respect to these proceedings, whether formal or informal, whether written or oral, whether transmitted or conveyed by mail, courier service, delivery service, telephone, telegraph, or otherwise.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance is without prejudice to the rights, remedies and claims of Nitel against other entities or any objection by Nitel, that may be made to the subject matter jurisdiction of the Court or the propriety of venue herein and shall not be deemed or construed to submit Nitel to the jurisdiction of the Court. This Notice of Appearance shall not be deemed or construed to be a waiver by Nitel (1) to have final orders in noncore and matters not arising in or under the Bankruptcy Code entered by a District Judge, (2) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, or (3) of any other rights, claims, actions, defenses, setoffs, or recoupments to which Nitel, is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments Nitel expressly reserves.  All rights, remedies

and claims are hereby expressly reserved, including without limitation, the making of a motion seeking abstention, withdrawal, dismissal or transfer of the case or a proceeding therein.

Dated: New York, New York
July 18, 2019

    ICE MILLER LLP
    *Counsel to Nitel, Inc.*

By: */s/ Alyson M. Fiedler*
    Louis T. DeLucia
    Alyson M. Fiedler
    1500 Broadway, Suite 2900
    New York, New York 10036
    Telephone: (212) 835-6315
    Email:  Louis.DeLucia@icemiller.com
           Alyson.Fiedler@icemiller.com

**CERTIFICATE OF SERVICE**

I, Alyson M. Fiedler, do hereby certify that I caused to be served a true copy of the Notice of Appearance and Request for Service of Papers upon all counsel of record listed via the Court's Case Management/Electronic Case Files (CM/ECF) system.

Dated: July 18, 2019

    ICE MILLER LLP
    *Counsel to Nitel, Inc.*

By: */s/Alyson M. Fiedler*
    Louis T. DeLucia
    Alyson M. Fiedler
    1500 Broadway, Suite 2900
    New York, New York 10036
    Telephone: (212) 835-6315
    Email:  Louis.DeLucia@icemiller.com
           Alyson.Fiedler@icemiller.com