Steven J. Reisman, Esq.  
Cindi M. Giglio, Esq.  
Jerry L. Hall, Esq. (admitted *pro hac vice*)  
**KATTEN MUCHIN ROSENMAN LLP**  
575 Madison Avenue  
New York, NY 10022  
Telephone:     (212) 940-8800  
Facsimile:      (212) 940-8876  
sreisman@kattenlaw.com  
cindi.giglio@kattenlaw.com  
jerry.hall@kattenlaw.com  

Peter A. Siddiqui, Esq. (admitted *pro hac vice*)  
**KATTEN MUCHIN ROSENMAN LLP**  
525 W. Monroe Street  
Chicago, IL 60661  
Telephone:     (312) 902-5455  
Facsimile:      (312) 902-1061  
peter.siddiqui@kattenlaw.com  

*Counsel to Debtors and Debtors-in-Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| SIZMEK INC., *et al.*,[1] | Case No. 19-10971 (SMB) |
| Debtors. | (Jointly Administered) |

**AGENDA FOR HEARING TO BE HELD**
**AUGUST 1, 2019 AT 10:00 A.M. (PREVAILING EASTERN TIME)**

| | |
|---|---|
| Time and Date of Hearing: | August 1, 2019 at 10:00 a.m. (ET) |
| Location of Hearing: | U.S. Bankruptcy Court<br>Courtroom 723<br>One Bowling Green<br>New York, NY 10004 |
| Copies of Motions and Applications | Copies of each pleading identified below can be viewed and/or obtained (i) from the Debtors' proposed claims and noticing agent, Stretto, at https://cases.stretto.com/sizmek or (ii) by accessing the Court's website at www.nysb.uscourts.gov. |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Sizmek Inc. (4624); Point Roll, Inc. (3173); Sizmek DSP, Inc. (2319); Sizmek Technologies, Inc. (6402); Wireless Artist LLC (0302); Wireless Developer, Inc. (9686); X Plus One Solutions, Inc. and (8106); X Plus Two Solutions, LLC (4914). The location of the Debtors' service address for purposes of these chapter 11 cases is: 401 Park Avenue South, 5th Floor, New York, NY 10016.

A.  **Uncontested Matters**

1. **Kasoff Retention Motion**. Motion for Order Pursuant to Sections 105 and 363 of the Bankruptcy Code Authorizing Retention and Employment of Barry Kasoff of Realization Services, Inc. as Chief Financial Officer [Docket No. 312].

   Objection Deadline: July 25, 2019 at 4:00 p.m. (ET).

   Responses Received:  Debtors received informal comments from the Office of the United States Trustee and has made modifications to the proposed form of order that will be presented to the Court at or prior to the hearing on the motion.

   Related Documents:

   a. Supplement to Motion for Order Pursuant to Sections 105 and 363 of the Bankruptcy Code Authorizing Retention and Employment of Barry Kasoff of Realization Services, Inc. as Chief Financial Officer [Docket No. 359].

   Status:  This matter is going forward.

2. **Motion to Extend Time to Assume or Reject**. Debtors' Motion to Extend the Time Within Which Debtors Must Assume or Reject Unexpired Leases of Nonresidential Real Property [Docket No. 334]

   Objection Deadline: July 25, 2019 at 4:00 p.m. (ET).

   Responses Received:  None.

   Related Documents:

   a. Certificate of No Objection Regarding Debtors' Motion to Extend the Time Within Which Debtors Must Assume or Reject Unexpired Leases of Nonresidential Real Property [Docket No. 365].

   Status: The Debtors filed a Certificate of No Objection [Docket No. 356] and respectfully request that the Court enter the proposed order attached thereto.  No hearing is required unless the Court has questions or concerns.

B.  **Resolved Matters**

1. **Data Sales Motion.** Data Sales Co., Inc.'s Motion for Allowance and Immediate Payment of Administrative Expense Claim [Docket No. 227].

Objection Deadline: July 25, 2019 at 4:00 p.m. (ET).

Responses Received: None.

Related Documents:

    a. Notice of Hearing for Allowance and Immediate Payment of Administrative Expense for Data Sales Co., Inc. [Docket No. 228].

    b. Notice of Adjournment [Docket No. 316].

    c. Notice of Withdrawal of Data Sales Co., Inc.'s Motion for Allowance and Immediate Payment of Administrative Expense Claim [Docket No. 358].

Status: Per the Notice of Withdrawal [Docket No. 358], Data Sales Co., Inc. has withdrawn the Motion. No hearing is required unless the Court has questions or concerns.

Dated: July 30, 2019  
New York, New York

*/s/ Steven J. Reisman*  
**KATTEN MUCHIN ROSENMAN LLP**  
Steven J. Reisman, Esq.  
Cindi M. Giglio, Esq.  
Jerry L. Hall, Esq. (admitted *pro hac vice*)  
575 Madison Avenue  
New York, NY 10022  
Telephone: (212) 940-8800  
Facsimile: (212) 940-8876  
Email: sreisman@kattenlaw.com  
       cindi.giglio@kattenlaw.com  
       jerry.hall@kattenlaw.com

-and-

Peter A. Siddiqui, Esq. (admitted *pro hac vice*)  
**KATTEN MUCHIN ROSENMAN LLP**  
525 W. Monroe Street  
Chicago, IL 60661  
Telephone: (312) 902-5455  
Email: peter.siddiqui@kattenlaw.com

*Counsel to the Debtors and Debtors-in-Possession*