**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| SIZMEK INC., *et al.*,[1] | ) | Case No. 19-10971(SMB) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**ORDER PURSUANT TO BANKRUPTCY CODE SECTION 1121(d) EXTENDING DEBTORS' EXCLUSIVE PERIODS TO FILE A CHAPTER 11 PLAN AND SOLICIT ACCEPTANCES THEREOF AND GRANTING RELATED RELIEF**

Upon the motion (the "Motion")[2] of the above-captioned debtors and debtors-in-possession (collectively, "Debtors") for entry of an order (this "Order") under Bankruptcy Code Section 1121(d): (a) extending Debtors' Filing Exclusivity Period through and including October 25, 2019, and Debtors' Solicitation Exclusivity Period through and including December 23, 2019, without prejudice to Debtors' right to seek further extensions to the Exclusivity Periods; and (b) granting related relief; and this Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C.§§ 1408 and 1409; and upon the *Certificate of No Objection Regarding Debtors' Second Motion for an Order Pursuant to Bankruptcy Code Section 1121(d) Extending Debtors' Exclusive Periods to File a Chapter 11 Plan and Solicit Acceptances Thereof and Granting Related Relief* [Docket No. 394]; and due and sufficient notice of the Motion and opportunity for objections having

---

[1] Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Sizmek Inc. (4624); Sizmek DSP, Inc. (2319); Point Roll, Inc. (3173); Sizmek Technologies, Inc. (6402); Wireless Artist LLC (0302); Wireless Developer, Inc. (9686); X Plus One Solutions, Inc. (8106); and X Plus Two Solutions, LLC (4914). The location of the Debtors' service address for purposes of these chapter 11 cases is: 401 Park Avenue South, Fifth Floor, New York, NY 10016.

[2] Capitalized terms used in this Order but not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

been provided; and it appearing that no other or further notice need be provided; and the relief requested being a reasonable exercise of Debtors' sound business judgment consistent with their fiduciary duties and in the best interests of Debtors, their estates, and their creditors; and this Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor it is hereby:

**ORDERED, ADJUDGED, AND DECREED THAT:**

1. The Motion is GRANTED as set forth herein.

2. Pursuant to Bankruptcy Code Section 1121(d), Debtors' Filing Exclusivity Period in which to file a chapter 11 plan is extended through and including October 25, 2019.

3. Pursuant to Bankruptcy Code Section 1121(d), Debtors' Solicitation Exclusivity Period in which to solicit acceptances of a chapter 11 plan is extended through and including December 23, 2019.  For the avoidance of doubt, no other party may file a competing plan of reorganization during Debtors' Solicitation Exclusivity Period.

4. Nothing herein shall prejudice (a) Debtors' right to seek further extensions of the Exclusivity Periods as may be necessary or appropriate or (b) the right of any party in interest to seek to reduce the Exclusivity Periods for cause in accordance with Bankruptcy Code Section 1121(d).

5. The terms and conditions of this Order shall be immediately effective and enforceable upon entry of this Order.

6. Debtors are authorized and empowered to take all actions necessary to implement the relief granted in this Order.

7. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation or interpretation of this Order.

**Dated:** New York, New York  
　　　August 21, 2019

**/s/ STUART M. BERNSTEIN**  
**Honorable Stuart M. Bernstein**  
**United States Bankruptcy Judge**

2