Thomas E. Patterson (*pro hac vice*)
Whitman L. Holt (*pro hac vice*)
Ariella T. Simonds (*pro hac vice*)
KLEE, TUCHIN, BOGDANOFF & STERN LLP
1999 Avenue of the Stars, 39th Floor
Los Angeles, CA 90067
Telephone: (310) 407-4000
Facsimile:  (310) 407-9090

*Counsel to Cerberus Business Finance, LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| SIZMEK INC., *et al.*,[1] | Case No. 19-10971 (SMB) |
| Debtors. | (Jointly Administered) |

## NOTICE OF WITHDRAWAL OF APPEARANCE OF WHITMAN L. HOLT

**PLEASE TAKE NOTICE** that Whitman L. Holt hereby withdraws his appearance as counsel for Cerberus Business Finance, LLC ("Cerberus") in the above-captioned case (the "Case") and respectfully requests that he be deleted from the CM/ECF electronic notification service, official mailing matrix, and all other service lists in the Case.  The law firm of Klee, Tuchin, Bogdanoff & Stern LLP and its attorneys of record, other than Whitman L. Holt, will continue to represent Cerberus and hereby requests that all notices given or required to be served in the Case continue to be given to and served to such attorneys of record.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include:  Sizmek Inc. (4624); Point Roll, Inc. (3173); Sizmek DSP, Inc. (2319); Sizmek Technologies, Inc. (6402); Wireless Artist LLC (0302); WirelessDeveloper, Inc. (9686); X Plus One Solutions, Inc. (8106); and X Plus Two Solutions, LLC (4914).

| | |
|---|---|
| Dated: August 26, 2019 | /s/ Whitman L. Holt |
| | Thomas E. Patterson (*pro hac vice*) |
| | Whitman L. Holt (*pro hac vice*) |
| | Ariella T. Simonds (*pro hac vice*) |
| | KLEE, TUCHIN, BOGDANOFF & STERN LLP |
| | 1999 Avenue of the Stars, 39th Floor |
| | Los Angeles, CA 90067 |
| | Telephone:    (310) 407-4000 |
| | Facsimile:    (310) 407-9090 |
| | |
| | *Counsel to Cerberus Business Finance, LLC* |