| | |
|---|---|
| Steven J. Reisman, Esq. | Peter A. Siddiqui, Esq. (admitted *pro hac vice*) |
| Jerry L. Hall, Esq. (admitted *pro hac vice*) | |
| Cindi M. Giglio, Esq. | |
| **KATTEN MUCHIN ROSENMAN LLP** | **KATTEN MUCHIN ROSENMAN LLP** |
| 575 Madison Avenue | 525 W. Monroe Street |
| New York, NY 10022 | Chicago, IL 60661 |
| Telephone:     (212) 940-8800 | Telephone:     (312) 902-5455 |
| Facsimile:     (212) 940-8876 | Facsimile:     (312) 902-1061 |
| sreisman@katten.com | peter.siddiqui@katten.com |
| jerry.hall@katten.com | |
| cindi.giglio@katten.com | |

*Counsel to the Debtors and Debtors-in-Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| SIZMEK INC., *et al.,*[1] | ) | Case No. 19-10971 (SMB) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**AGENDA FOR HEARING TO BE HELD**
**NOVEMBER 7, 2019 AT 10:00 A.M. (PREVAILING EASTERN TIME)**

| | |
|---|---|
| Time and Date of Hearing: | November 7, 2019 at 10:00 a.m. (ET) |
| Location of Hearing: | U.S. Bankruptcy Court<br>Courtroom 723<br>One Bowling Green<br>New York, NY 10004 |
| Copies of Motions and Applications | Copies of each pleading identified below can be viewed and/or obtained (i) from the Debtors' proposed claims and noticing agent, Stretto, at https://cases.stretto.com/sizmek or (ii) by accessing the Court's website at www.nysb.uscourts.gov. |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include:  Sizmek Inc. (4624); Point Roll, Inc. (3173); Sizmek DSP, Inc. (2319); Sizmek Technologies, Inc. (6402); Wireless Artist LLC (0302); Wireless Developer, Inc. (9686); X Plus One Solutions, Inc. and (8106); X Plus Two Solutions, LLC (4914).  The location of the Debtors' service address for purposes of these chapter 11 cases is:  Realization Services, Inc. Att.: Melanie Browne, P.O. Box 189, Bedford Hills, NY 10507.

A. **Uncontested Matters.**

1. **Cash Collateral Motion**. Debtors' Motion for the Entry of Interim and Final Orders (I) Authorizing the Debtors to Use Cash Collateral Pursuant to 11 U.S.C. § 363; and (II) Granting Adequate Protection Pursuant to 11 U.S.C. §§ 361, 362, 363, and 507, and Scheduling a Final Hearing Pursuant to Bankruptcy Rule 4001(b) [Docket No. 14].

   Objection Deadline: October 31, 2019 at 4:00 p.m. (ET).

   Responses Received:

   a. Limited Objection of the Official Committee of Unsecured Creditors to Debtors' Motion for the Entry of Interim and Final Orders (I) Authorizing the Debtors to Use Cash Collateral Pursuant to 11 U.S.C. § 363; and (II) Granting Adequate Protection Pursuant to 11 U.S.C. §§ 361, 362, 363, and 507, and Scheduling a Final Hearing Pursuant to Bankruptcy Rule 4001(b) [Docket No. 193].

   Related Documents:

   a. Declaration of Sascha Wittler, Chief Financial Officer of Sizmek Inc., (I) in Support of Chapter 11 Petitions and (II) Pursuant to Local Rule 1007-2 [Docket No. 13].

   b. Supplemental Declaration of Sascha Wittler, Chief Financial Officer of Sizmek Inc., (I) in Support of Chapter 11 Petitions and (II) Pursuant to Local Rule 1007-2 [Docket No. 54].

   c. Interim Order (I) Authorizing the Debtors to Use Cash Collateral Pursuant to 11 U.S.C. § 363, and (II) Granting Adequate Protection Pursuant to 11 U.S.C. §§ 361, 362, 363, and 507, and Scheduling a Final Hearing Pursuant to Bankruptcy Rule 4001 [Docket No. 37].

   d. Second Interim Order (I) Authorizing the Debtors to Use Cash Collateral Pursuant to 11 U.S.C. § 363, (II) Granting Adequate Protection Pursuant to 11 U.S.C. §§ 361, 362, 363, and 507, and (III) Scheduling a Final Hearing Pursuant to Bankruptcy Rule 4001(b) [Docket No. 104].

   e. Notice of Hearing [Docket No. 107].

   f. Certificate of No Objection Regarding Debtors' Motion for the Entry of Interim and Final Orders (I) Authorizing the Debtors to Use Cash Collateral Pursuant to 11 U.S.C. § 363; and (II) Granting Adequate Protection Pursuant to 11 U.S.C. §§ 361, 362, 363, and 507, and Scheduling a Final Hearing Pursuant to Bankruptcy Rule 4001(b) [Docket No. 167].

   g. Third Interim Order (I) Authorizing the Debtors to Use Cash Collateral Pursuant to 11 U.S.C. § 363, (II) Granting Adequate Protection Pursuant to 11 U.S.C. §§ 361, 362, 363, and 507, and (III) Scheduling a Final Hearing Pursuant to Bankruptcy Rule 4001(b) [Docket No. 172].

    h.  Notice of Filing of Proposed Final Cash Collateral Order [Docket No. 200].

    i.  Fourth Interim Order (I) Authorizing the Debtors to Use Cash Collateral Pursuant to 11 U.S.C. § 363, (II) Granting Adequate Protection Pursuant to 11 U.S.C. §§ 361, 362, 363, and 507, and (III) Scheduling a Final Hearing Pursuant to Bankruptcy Rule 4001(b) [Docket No. 239].

    j.  Fifth Interim Order (I) Authorizing the Debtors to Use Cash Collateral Pursuant to 11 U.S.C. § 363, (II) Granting Adequate Protection Pursuant to 11 U.S.C. §§ 361, 362, 363, and 507, and (III) Scheduling a Final Hearing Pursuant to Bankruptcy Rule 4001(b) [Docket No. 270].

    k.  Certificate of No Objection Regarding Debtors' Motion for the Entry of Interim and Final Orders (I) Authorizing the Debtors to Use Cash Collateral Pursuant to 11 U.S.C. § 363; and (II) Granting Adequate Protection Pursuant to 11 U.S.C. §§ 361, 362, 363, and 507, and Scheduling a Final Hearing Pursuant to Bankruptcy Rule 4001(b) [Docket No. 319].

    l.  Sixth Interim Order (I) Authorizing the Debtors to Use Cash Collateral Pursuant to 11 U.S.C. § 363, (II) Granting Adequate Protection Pursuant to 11 U.S.C. §§ 361, 362, 363, and 507, and (III) Scheduling a Final Hearing Pursuant to Bankruptcy Rule 4001(b) [Docket No. 329].

    m.  Seventh Interim Order (I) Authorizing the Debtors to Use Cash Collateral Pursuant to 11 U.S.C. § 363, (II) Granting Adequate Protection Pursuant to 11 U.S.C. §§ 361, 362, 363, and 507, and (III) Scheduling a Final Hearing Pursuant to Bankruptcy Rule 4001(b) [Docket No. 383].

    n.  Eighth Interim Order (I) Authorizing the Debtors to Use Cash Collateral Pursuant to 11 U.S.C. § 363, (II) Granting Adequate Protection Pursuant to 11 U.S.C. §§ 361, 362, 363, and 507, and (III) Scheduling a Final Hearing Pursuant to Bankruptcy Rule 4001(b) [Docket No. 388].

    o.  Notice of Hearing on Debtors' Motion for the Entry of Interim and Final Orders (I) Authorizing the Debtors to Use Cash Collateral Pursuant to 11 U.S.C. § 363; and (II) Granting Adequate Protection Pursuant to 11 U.S.C. §§ 361, 362, 363, and 507, and Scheduling a Final Hearing Pursuant to Bankruptcy Rule 4001(b) [Docket No. 392].

    p.  Ninth Interim Order (I) Authorizing the Debtors to Use Cash Collateral Pursuant to 11 U.S.C. § 363, (II) Granting Adequate Protection Pursuant to 11 U.S.C. §§ 361, 362, 363, and 507, and (III) Scheduling a Final Hearing Pursuant to Bankruptcy Rule 4001(b) [Docket No. 403].

    q.  Tenth Interim Order (I) Authorizing the Debtors to Use Cash Collateral Pursuant to 11 U.S.C. § 363, (II) Granting Adequate Protection Pursuant to 11 U.S.C. §§ 361, 362, 363, and 507, and (III) Scheduling a Final Hearing Pursuant to Bankruptcy Rule 4001(b) [Docket No. 449].

    r. Eleventh Interim Order (I) Authorizing the Debtors to Use Cash Collateral Pursuant to 11 U.S.C. § 363, (II) Granting Adequate Protection Pursuant to 11 U.S.C. §§ 361, 362, 363, and 507, and (III) Scheduling a Final Hearing Pursuant to Bankruptcy Rule 4001(b) [Docket No. 467].

    s. Twelfth Interim Order (I) Authorizing the Debtors to Use Cash Collateral Pursuant to 11 U.S.C. § 363, (II) Granting Adequate Protection Pursuant to 11 U.S.C. §§ 361, 362, 363, and 507, and (III) Scheduling a Final Hearing Pursuant to Bankruptcy Rule 4001(b) [Docket No. 483].

Status:  The parties have agreed to continue the final hearing for two weeks until on or around November 21, 2019 at 10:00 a.m.  Debtors intend to go forward seeking further interim relief and submit a consensual order at or following the November 7, 2019 hearing.

2. **Third Exclusivity Motion**.  Debtors' Third Motion for an Order Pursuant to Bankruptcy Code Section 1121(d) Extending Debtors' Exclusive Periods to File a Chapter 11 Plan and Solicit Acceptances Thereof and Granting Related Relief [Docket No. 494].

Objection Deadline: October 31, 2019, 2019 at 4:00 p.m. (ET).

Responses Received:  None.

Related Documents:

    a. Debtors' Motion for an Order Pursuant to Bankruptcy Code Section 1121(d) Extending Debtors' Exclusive Periods to File a Chapter 11 Plan and Solicit Acceptances Thereof and Granting Related Relief [Docket No. 315].

    b. Order Pursuant to Bankruptcy Code Section 1121(d) Extending Debtors' Exclusive Periods to File a Chapter 11 Plan and Solicit Acceptances Thereof and Granting Related Relief [Docket No. 346].

    c. Debtors' Second Motion for an Order Pursuant to Bankruptcy Code Section 1121(d) Extending Debtors' Exclusive Periods to File a Chapter 11 Plan and Solicit Acceptances Thereof and Granting Related Relief [Docket No. 380].

    d. Order Pursuant to Bankruptcy Code Section 1121(d) Extending Debtors' Exclusive Periods to File a Chapter 11 Plan and Solicit Acceptances Thereof and Granting Related Relief [Docket No. 400].

    e. Certificate of No Objection Regarding Debtors' Third Motion for an Order Pursuant to Bankruptcy Code Section 1121(d) Extending Debtors' Exclusive Periods to File a Chapter 11 Plan and Solicit Acceptances Thereof and Granting Related Relief [Docket No. 502].

Status:  Debtors filed a Certificate of No Objection [Docket No. 502] and respectfully request that the Court enter the proposed order attached thereto. No hearing is required unless the Court has questions or concerns.

| | |
|---|---|
| Dated: November 5, 2019<br>New York, NY | */s/ Steven J. Reisman*<br>**KATTEN MUCHIN ROSENMAN LLP**<br>Steven J. Reisman, Esq.<br>Cindi M. Giglio, Esq.<br>Jerry L. Hall, Esq. (admitted *pro hac vice*)<br>575 Madison Avenue<br>New York, NY 10022<br>Telephone: (212) 940-8800<br>Facsimile: (212) 940-8876<br>Email: sreisman@katten.com<br>cindi.giglio@katten.com<br>jerry.hall@katten.com |

-and-

Peter A. Siddiqui, Esq. (admitted *pro hac vice*)
**KATTEN MUCHIN ROSENMAN LLP**
525 W. Monroe Street
Chicago, IL 60661
Telephone: (312) 902-5455
Email: peter.siddiqui@katten.com

*Counsel to the Debtors and Debtors-in-Possession*

5