# Katten

575 Madison Avenue
New York, NY 10022-2585
+1.212.940.8800 tel
katten.com

JERRY L. HALL
jerry.hall@katten.com
212.940.6446 direct
202.298.7570 fax

November 12, 2019

<u>VIA EMAIL</u>: bernstein.chambers@nysb.uscourts.gov

The Honorable Stuart M. Bernstein
United States Bankruptcy Judge
United States Bankruptcy Court for the
Southern District of New York
One Bowling Green
New York, New York 10004

Re:   *In re Sizmek Inc., et al., Case No.* 19-10971 (SMB)

Dear Judge Bernstein,

This firm represents Sizmek Inc. and certain of its affiliates (collectively, the "<u>Debtors</u>") in the above-referenced jointly administered chapter 11 cases.

On August 7, 2019, Bryemere Holding, LLC ("<u>Bryemere</u>") filed *Bryemere Holding, LLC's Motion to Compel Assumption or Rejection of Lease Agreement Between Bryemere and Sizmek and to Compel Payment of Post Petition Rent* [Docket No. 375] (the "<u>Motion</u>"). The Notice filed attached to the Motion set the hearing on the Motion (the "<u>Hearing</u>") for September 19, 2019 at 10:00 a.m. (prevailing Eastern Time). Pursuant to the *So-Ordered Memorandum Endorsed Order* [Docket No. 442], entered on September 17, 2019, and the *So-Ordered Memorandum Endorsed Order* [Docket No. 474], entered on October 15, 2019, the Hearing was adjourned to November 14, 2019 at 10:00 a.m. (prevailing Eastern Time). Debtors and Bryemere have agreed to seek a further adjournment of the Hearing to November 21, 2019 at 10:00 a.m. (prevailing Eastern Time). Thus, we write to request an adjournment of the hearing on the Motion from November 14, 2019, to November 21, 2019, at 10:00 a.m. Debtors and Bryemere consent to the requested adjournment.

If you have any questions, do not hesitate to contact us at any time.

Respectfully Submitted,

Jerry L. Hall, Esq.

cc (by email): Gary M. Schildhorn (counsel to Bryemere)

*So ordered*
*SMB*
*11/12/19*

CENTURY CITY   CHARLOTTE   CHICAGO   DALLAS   HOUSTON   LOS ANGELES
NEW YORK   ORANGE COUNTY   SHANGHAI   WASHINGTON, DC
LONDON: KATTEN MUCHIN ROSENMAN UK LLP
A limited liability partnership including professional corporations

142177057 392525-00001