# Kasey Wang

| | |
|---|---|
| From: | Melissa C. Altamirano <MAltamirano@KTBSLAW.com> |
| Sent: | Monday, November 18, 2019 7:55 PM |
| To: | NYSBml_Bernstein's_Chambers_Staff |
| Subject: | Live telephonic appearance request - Sizmek (19-10971) Hrg on 11/21/19 at 10:00am |

On behalf of Thomas E. Patterson (represents Creditor, Cerberus Business Finance LLC), please find this email as request for a *live line* regarding the *In re Sizmek* hearing on **November 21, 2019 at 10:00am**.

Thank you for your attention to this email. Please let me know if you need further information.

Sincerely,

Melissa Altamirano
*Legal Secretary*

Klee, Tuchin, Bogdanoff & Stern LLP
1999 Avenue of the Stars, 39th Floor
Los Angeles, CA 90067
Telephone: (310) 407-4000
Fax: (310) 407-9090
Direct: (310) 407-4016
E-mail: maltamirano@ktbslaw.com  Web: http://www.ktbslaw.com

*This e-mail message is intended only for the personal use of the recipient(s) named above. This message may be an attorney-client communication and/or include attorney work product privileged material, and as such is privileged and confidential. If you are not an intended recipient, you may not review, copy or distribute this message. If you have received this communication in error, please notify us immediately by e-mail and delete the original message.*

[Handwritten annotation: So ordered / SMB / 11/19/19]