SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Jay M. Goffman
Shana A. Elberg
Four Times Square
New York, New York 10036-6522
Telephone: (212) 735-3000
Fax: (212) 735-2000

   - and –

Anthony W. Clark (*pro hac vice* pending)
One Rodney Square
920 N. King Street
Wilmington, Delaware 19801
Telephone: (302) 651.3000
Fax: (302) 651.3001

*Counsel for Amazon.com, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| SIZMEK INC., *et al.*,[1] | Case No. 19-10971 (SMB) |
| Debtors. | (Jointly Administered) |

### MOTION FOR ADMISSION OF ANTHONY W. CLARK *PRO HAC VICE*

I, Anthony W. Clark, respectfully request admission, *pro hac vice*, before the Honorable Stuart M. Bernstein, to represent Amazon.com, Inc., a creditor in the above-captioned cases. I certify that I am a member in good standing of the bar of the Supreme Court of Delaware, and the U.S. District Courts for the District of Delaware and the Eastern District of Pennsylvania, the

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their respective tax identification numbers, are as follows: Sizmek Inc. (4624); Sizmek DSP, Inc. (2319); Point Roll, Inc. (3173); Sizmek Technologies, Inc. (6402); Wireless Artist LLC (0302); Wireless Developer, Inc. (9686); X Plus One Solutions, Inc. (8106); and X Plus Two Solutions, LLC (4914). The location of the Debtors' service address for purposes of these chapter 11 cases is: 401 Park Avenue South, Fifth Floor, New York, NY 10016.

U.S. Court of Federal Claims, the U.S. Court of Appeals for the Second Circuit, the U.S. Court of Appeals for the Third Circuit, the U.S. Court of Appeals for the Armed Forces, the U.S. Supreme Court and the Supreme Court of Pennsylvania.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: January 6, 2020
New York, New York

                                      SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

                                      Jay M. Goffman
                                      Shana A. Elberg
                                      Four Times Square
                                      New York, New York 10036-6522
                                      Telephone: (212) 735-3000
                                      Fax: (212) 735-2000

                                      - and –

                                      */s/ Anthony W. Clark*
                                      Anthony W. Clark (*pro hac vice* pending)
                                      One Rodney Square
                                      920 N. King Street
                                      Wilmington, Delaware 19801
                                      Telephone: (302) 651.3000
                                      Fax: (302) 651.3001

                                      *Counsel for Amazon.com, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
| SIZMEK INC., *et al.*,[1] | ) Case No. 19-10971 (SMB) |
|  | ) |
| Debtors. | ) (Jointly Administered) |
|  | ) |

**ORDER GRANTING ADMISSION OF ANTHONY W. CLARK *PRO HAC VICE***

  Upon the motion of Anthony W. Clark to be admitted, *pro hac vice*, to represent Amazon.com, Inc., ("Amazon") in the above-captioned cases and upon the movant's certification that the movant is a member in good standing of the bar of the state of Delaware,

  IT IS HEREBY ORDERED that Anthony W. Clark is admitted to practice, *pro hac vice*, in the above-referenced case to represent Amazon, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: New York, New York
   _____, 2020

               _____
               UNITED STATES BANKRUPTCY JUDGE

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their respective tax identification numbers, are as follows: Sizmek Inc. (4624); Sizmek DSP, Inc. (2319); Point Roll, Inc. (3173); Sizmek Technologies, Inc. (6402); Wireless Artist LLC (0302); Wireless Developer, Inc. (9686); X Plus One Solutions, Inc. (8106); and X Plus Two Solutions, LLC (4914). The location of the Debtors' service address for purposes of these chapter 11 cases is: 401 Park Avenue South, Fifth Floor, New York, NY 10016.