**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re: | Chapter 11 |
| SIZMEK INC., *et al.*,[1] | Case No. 19-10971 (SMB) |
| Debtors. | (Jointly Administered) |
|  | Related Dkt. No. 581 |

### ORDER GRANTING ADMISSION OF ANTHONY W. CLARK *PRO HAC VICE*

Upon the motion of Anthony W. Clark to be admitted, *pro hac vice*, to represent Amazon.com, Inc., ("Amazon") in the above-captioned cases and upon the movant's certification that the movant is a member in good standing of the bar of the state of Delaware,

IT IS HEREBY ORDERED that Anthony W. Clark is admitted to practice, *pro hac vice*, in the above-referenced case to represent Amazon, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: New York, New York
**January 6th, 2020**

　　　　　　　　　　　　　　　　　　　　**/s/ STUART M. BERNSTEIN**
　　　　　　　　　　　　　　　　　　　　UNITED STATES BANKRUPTCY JUDGE

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their respective tax identification numbers, are as follows: Sizmek Inc. (4624); Sizmek DSP, Inc. (2319); Point Roll, Inc. (3173); Sizmek Technologies, Inc. (6402); Wireless Artist LLC (0302); Wireless Developer, Inc. (9686); X Plus One Solutions, Inc. (8106); and X Plus Two Solutions, LLC (4914). The location of the Debtors' service address for purposes of these chapter 11 cases is: 401 Park Avenue South, Fifth Floor, New York, NY 10016.