| | |
|---|---|
| Steven J. Reisman, Esq.<br>Jerry L. Hall, Esq. (admitted *pro hac vice*)<br>Cindi M. Giglio, Esq.<br>**KATTEN MUCHIN ROSENMAN LLP**<br>575 Madison Avenue<br>New York, NY 10022<br>Telephone:     (212) 940-8800<br>Facsimile:      (212) 940-8876<br>sreisman@katten.com<br>jerry.hall@katten.com<br>cindi.giglio@katten.com | Peter A. Siddiqui, Esq. (admitted *pro hac vice*)<br><br>**KATTEN MUCHIN ROSENMAN LLP**<br>525 W. Monroe Street<br>Chicago, IL 60661<br>Telephone:     (312) 902-5455<br>Facsimile:      (312) 902-1061<br>peter.siddiqui@katten.com |

*Counsel to the Debtors and Debtors-in-Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| SIZMEK INC., *et al.*,[1] | ) | Case No. 19-10971 (SMB) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

**AGENDA AND NOTICE OF CANCELLATION FOR HEARING SCHEDULED FOR**
**FEBRUARY 6, 2020 AT 10:00 A.M. (PREVAILING EASTERN TIME)**

| | |
|---|---|
| Time and Date of Hearing: | February 6, 2020 at 10:00 a.m. (ET) (cancelled) |
| Location of Hearing: | U.S. Bankruptcy Court<br>Courtroom 723<br>One Bowling Green<br>New York, NY 10004 |
| Copies of Motions and Applications: | Copies of each pleading identified below can be viewed and/or obtained (i) from the Debtors' proposed claims and noticing agent, Stretto, at https://cases.stretto.com/sizmek or (ii) by accessing the Court's website at www.nysb.uscourts.gov. |

**A.    Resolved Matters.**

1. **ASK Retention Application**. Debtors' Application for Entry of an Order Authorizing the Retention and Employment of ASK LLP as Special Counsel to Pursue Preference Actions, Effective *Nunc Pro Tunc* to November 4, 2019  [Docket No. 530].

    Objection Deadline: December 10, 2019 at 4:00 p.m. (ET).

---

[1] Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include:  Sizmek Inc. (4624); Point Roll, Inc. (3173); Sizmek DSP, Inc. (2319); Sizmek Technologies, Inc. (6402); Wireless Artist LLC (0302); WirelessDeveloper, Inc. (9686); X Plus One Solutions, Inc. (8106); X Plus Two Solutions, LLC (4914); and Solomon Acquisition Corp. (4229).  The location of Debtors' service address for purposes of these chapter 11 cases is:  Realization Services, Inc. Att.: Melanie Browne, P.O. Box 189, Bedford Hills, NY 10507.

Responses Received:

a. Debtors received informal comments from the Office of the United States Trustee.

Related Documents:

a. Amended Notice of Hearing on Debtors' Application for Entry of an Order Authorizing the Retention and Employment of ASK LLP as Special Counsel to Pursue Preference Actions, Effective *Nunc Pro Tunc* to November 4, 2019 [Docket No. 547].

b. Notice of Adjournment [Docket No. 575].

c. Certificate of No Objection Regarding Debtors' Application for Entry of an Order Authorizing the Retention and Employment of ASK LLP as Special Counsel to Pursue Preference Actions, Effective *Nunc Pro Tunc* to November 4, 2019 [Docket No. 605].

d. Order Granting Debtors' Application for Entry of an Order Authorizing the Retention and Employment of ASK LLP as Special Counsel to Pursue Preference Actions, Effective *Nunc Pro Tunc* to November 4, 2019 [Docket No. 607].

Status:  Pursuant to the *Order Granting Debtors' Application for Entry of an Order Authorizing the Retention and Employment of ASK LLP as Special Counsel to Pursue Preference Actions, Effective* Nunc Pro Tunc *to November 4, 2019* [Docket No. 607], the Court has granted the relief requested. No hearing on this matter is necessary.

Dated: February 4, 2020
New York, NY

*/s/ Steven J. Reisman*
**KATTEN MUCHIN ROSENMAN LLP**
Steven J. Reisman, Esq.
Cindi M. Giglio, Esq.
Jerry L. Hall, Esq. (admitted *pro hac vice*)
575 Madison Avenue
New York, NY 10022
Telephone: (212) 940-8800
Facsimile: (212) 940-8876
Email:    sreisman@katten.com
          cindi.giglio@katten.com
          jerry.hall@katten.com

-and-

Peter A. Siddiqui, Esq. (admitted *pro hac vice*)
**KATTEN MUCHIN ROSENMAN LLP**
525 W. Monroe Street
Chicago, IL 60661
Telephone: (312) 902-5455
Email:    peter.siddiqui@katten.com
*Counsel to the Debtors and Debtors-in-Possession*

2