UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re | § § § | Chapter 11 |
| SIZMEK, INC., et al., | § § | Case No. 19-10971 (SMB) |
| Debtors. | § § § | (Jointly Administered) |
| ——————————— | § § | |
| SIZMEK TECHNOLOGIES, INC., | § § | |
| Plaintiff, | § § § | |
| v. | § § | Adv. No. 20-01171 |
| TEXAS EZPAWN, L.P., | § § § | |
| Defendant. | § | |

## MOTION FOR ADMISSION *PRO HAC VICE*

I, Duane J. Brescia, request admission, *pro hac vice*, before the Honorable Stuart M. Bernstein, to represent Texas EZPAWN, L.P., the Defendant in the above-referenced adversary proceeding.

I certify that I am a member in good standing of the bars of the State of Texas and the state of Indiana, the United States District Court for the Northern, Southern, Eastern and Western Districts of Texas, and for the Northern and Southern Districts of Indiana, and the United States Court of Appeals for the Fifth Circuit.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: September 8, 2020

Respectfully submitted,

*/s/ Duane J. Brescia*
Duane J. Brescia, Esquire
**CLARK HILL STRASBURGER**
720 Brazos, Suite 700
Austin, TX 78701
Telephone: 512-499-3647
Facsimile: 512-499-3660
Email: dbrescia@clarkhill.com

**Attorneys for Texas EZPAWN, L.P.**