**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re: | Chapter 7 |
| SIZMEK INC., *et al.*,[1] | Case No. 19-10971(SMB) |
| Debtors. | (Jointly Administered) |

## NOTICE OF CHANGE OF ADDRESS

**PLEASE TAKE NOTICE** that, as of February 1, 2021, the mailing address for KTBS Law LLP ("**KTBS**"), the undersigned counsel for Cerberus Business Finance, LLC in the above-captioned chapter 7 cases, has changed to:

New Address:
KTBS Law LLP
1801 Century Park East, 26th Floor
Los Angeles, California 90067
Attention: Thomas E. Patterson, Ariella Thal Simonds

Former Address:
KTBS Law LLP
1999 Avenue of the Stars, 39th Floor
Los Angeles, California 90067
Attention: Thomas E. Patterson, Ariella Thal Simonds

**PLEASE TAKE FURTHER NOTICE** that all e-mail addresses, telephone numbers, and facsimile numbers affiliated with KTBS will remain the same.

**PLEASE TAKE FURTHER NOTICE** that all future pleadings, correspondence, and other documents that require receipt by or service on KTBS are to be directed to the new mailing address set forth above.

---

[1] Debtors in the above captured Chapter 7 Cases, along with the last four digits of each Debtor's federal tax identification number, include:  Sizmek Inc. (4624); Sizmek DSP, Inc. (2319); Point Roll, Inc. (3173); Sizmek Technologies, Inc. (6402); Wireless Artist LLC (0302); WirelessDeveloper, Inc. (9686); X Plus One Solutions, Inc. (8106); X Plus Two Solutions, LLC (4914); and Solomon Acquisition Corp (4229).  The location of Debtors' service address for purposes of these Chapter 7 Cases is:  Realization Services, Inc. Attn: Melanie Browne, P.O. Box 189, Bedford Hills, NY 10507.

Dated: January 25, 2021
       Wilmington, Delaware

KTBS LAW LLP
*f/k/a Klee, Tuchin, Bogdanoff & Stern LLP*
Thomas E. Patterson (*pro hac vice*)
Ariella Thal Simonds (*pro hac vice*)
1801 Century Park East, 26th Floor
Los Angeles, California 90067
Tel:   (310) 407-4000
Fax:  (310) 407-9090

*Counsel to Cerberus Business Finance, LLC*