

Brigette G. McGrath., Esq.
Direct Line 651 289 3845 | bmcgrath@askllp.com
2600 Eagan Woods Drive, Suite 400 | St. Paul, Minnesota | 55121
phone 651 406 9665 | fax 651 406 9676 | www.askllp.com

**VIA EMAIL**

The Honorable David S. Jones
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, New York 10004

Re: In re: SIZMEK Inc. *et al*., 19-10971

Dear Judge Jones:

This firm is counsel to Alan Nisselson, the chapter 7 trustee (the "Trustee") for the bankruptcy estates of Sizmek, Inc. and its affiliated debtors (the "Debtors").

Enclosed please find a status chart for the cases set for pretrial conference on April 13, 2021 at 10:00 am.

Respectfully submitted,

*/s/ Brigette G. McGrath*

Brigette G. McGrath

| Adversary No. | Company Name | Status | Status Reason |
|---|---|---|---|
| 20-01176 | Altice USA, Inc. dba Placemedia | Active Suit | 9019 Motion Pending |
| 20-01102 | Beachfront Media LLC | Active Suit | 9019 Motion Pending |
| 20-01104 | Bidswitch Inc. | Active Suit | 9019 Motion Pending |
| 20-01116 | Davis & Partners LLC | Active Suit | Settlement Agreement Sent to Defendant |
| 20-01130 | GitHub, Inc. | Closed Suit | Dismissed |
| 20-01133 | Insight Direct USA, Inc. | Active Suit | 9019 Motion Pending |
| 20-01134 | Integral Ad Science, Inc. fdba Ad Safe | Active Suit | 9019 Motion Pending |
| 20-01135 | Internap Corporation fdba Internap Networks Services Corporation | Active Suit | 9019 Motion Pending |
| 20-01138 | Level 3 Financing, Inc. aka Level | Active Suit | Stipulation To Dismiss Filed |
| 20-01139 | Media.net Advertising FZ-LLC | Closed Suit | Dismissed |
| 20-01144 | Oath Inc. fdba AOL Advertising fka AdTech US Inc. | Active Suit | Settlement Agreement to Be Sent to Defendant |
| 20-01148 | PubMatic, Inc. | Active Suit | 9019 Motion Pending |
| 20-01152 | RhythmOne (US) Holding, Inc. | Active Suit | 9019 Motion Pending |
| 20-01154 | salesforce.com, Inc. | Active Suit | 9019 Motion Pending |
| 20-01042 | SolarWinds ITSM US, Inc. fdba SAManage USA Inc. | Active Suit | 9019 Motion Pending |
| 20-01164 | Switch, Ltd. dba Switch | Active Suit | 9019 Motion Pending |
| 20-01169 | Telaria, Inc. fdba Tremor Video, Inc. | Active Suit | 9019 Motion Pending |
| 20-01172 | The Nielsen Company (US), LLC | Active Suit | 9019 Motion Pending |
| 20-01174 | The Rubicon Project, Inc. | Active Suit | 9019 Motion Pending |
| 20-01175 | Twitter, Inc. dba MoPub, Inc. | Active Suit | 9019 Motion Pending |